IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ADELLA BASSETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-00037 |
| ) | |
| CHARLES BURNS and ) | |
| LOWE'S HOME CENTERS, LLC; ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF REMOVAL**

Come now Defendants, Charles Burns and Lowe's Home Centers, LLC ("Defendants"), by counsel and pursuant to 28 U.S.C. §1441, 28 U.S.C. §1446 and 28 U.S.C. §1332, hereby files their Notice of Removal of cause to the United States District Court for the Northern District of Indiana, Fort Wayne Division, from the DeKalb County Circuit Court, State of Indiana, and respectfully states:

1. On November 29, 2021, Plaintiff Adella Bassett ("Plaintiff") commenced this action against Defendant by filing her Complaint for Personal Injuries ("Complaint") in Cause No. 17D01-2111-CT-000047 in the Superior Court of DeKalb County, Indiana alleging that Defendant was negligent in utilizing reasonable care to avoid injuring Plaintiff.

2. Plaintiff initially brought suit against several Lowe's entities and Defendants Buckeye Ridge Farms, LLC and Buckeye Ridge Farms Transportation, LLC ("Buckeye Entities). The Buckeye Entitles were Ohio citizens along with Plaintiff and as a result removal was not appropriate.

3.     The non-diverse parties were dismissed by Order of the state court on January 3, 2022. (See attached **Exhibit A**).

4.     In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendants in the State Court Action are attached hereto as **Exhibit B**.

5.     Plaintiff seeks compensatory and other damages for the injuries of Plaintiff, allegedly resulting from an accident which occurred on December 16, 2019 in DeKalb County, Indiana.  Plaintiff, alleges that she suffered severe and permanent injuries and physical impairments; endured and continues to endure great pain and suffering; suffered permanent and bodily impairment; incurred and will continue to incur medically related expenses; and continues to incur medically related expenses.  Based on Plaintiff's alleged damages and a discussion with counsel who alleges this matter has a value over $75,000, the amount in controversy herein exclusive of costs and interests is in excess of $75,000.

6.     This action involves a controversy between citizens of different states: (a) The Plaintiff, is a citizen and resident of the State of Ohio; (b) At the time of the commencement of this action Defendants are not citizens of the State of Ohio, being a limited liability company organized and existing under the laws of the State of North Carolina, with its principal place of business in North Carolina.  Lowe's Home Centers, LLC is a manager-managed LLC with a single member, Lowe's Companies, Inc.  Lowe's Company, Inc. is a North Carolina foreign corporation with its principal place of business in North Carolina. Charles Burns is a citizen and resident of the State of Indiana.

7.     That this action is one which the District Court of the United States has been given original jurisdiction pursuant to 28 U.S.C. §1332.

8. As required by 28 U.S.C. § 1446(b), this Notice of Removal is being filed within 30 days after Defendants' receipt of information advising that the claim meets the jurisdictional requirements.

9. Pursuant to 28 U.S.C. § 1332(a), this Court has original jurisdiction over this civil action in that it involves a controversy between citizens of different states and the amount in controversy as alleged by Plaintiff based on information to date exceeds $75,000.00, exclusive of interest and costs. Thus, removal is proper in accordance with 28 U.S.C. § 1441(a).

10. Pursuant to 28 U.S.C. § 1446(d), Defendants are filing a Notice of Filing the Notice of Removal with the Clerk of the Circuit Court of DeKalb County, Indiana contemporaneously with the filing of said Notice of Removal in this Court, giving notice to all parties and the State Court. A copy of the Notice of Filing the Notice of Removal (without its exhibits) is attached hereto as **Exhibit C**.

11. Defendant has not filed any responsive pleadings in the State Court Action.

**WHEREFORE,** Defendants respectfully request that this action proceed in the United States District Court for the Northern District of Indiana as a removed claim or cause of action under 28 U.S.C. §§, 1332, 1441 and 1446.

Respectfully submitted,

/s/ Pamela A. Paige
Pamela A. Paige (#16163-49)
PLUNKETT COONEY, P.C.
201 N. Illinois Street
South Tower, 16th Floor
Indianapolis, IN 46204
Ph: (317) 964-2730 / Fax: (248) 901-4040
ppaige@plunkettcooney.com
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on January 28, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the CM/ECF System. Parties may access this filing through the Court's system:

Phillip A. Truitt (#35605-35
Daniel E. Brophy (#14471-02)
Richard T. Truitt (#893-35)
Nichols I.A. Wheeler (#32798-02)
TRUITT LAW OFFICES
p.truitt@truittlawoffices.com
d.brophy@truittlawoffices.com
r.truitt@truittlawoffices.com
n.wheeler@truittlawoffices.com

                          /s/ Pamela A. Paige
                          Pamela A. Paige (16163-49)

PLUNKETT COONEY, P.C.
201 N. Illinois Street
South Tower, 16th Floor
Indianapolis, Indiana 46204
Telephone: (317) 964-2730
ppaige@plunkettcooney.com

Open.28226.15871.27775705-2

4