| | | |
|---|---|---|
| STATE OF INDIANA | ) <br> )SS: | IN THE DEKALB COUNTY COURTS |
| COUNTY OF DEKALB | ) | CAUSE NO 17D01-2111-CT-000047 |

ADELLA BASSETT )
    Plaintiff, )
 )
VS. )
 )
CHARLES BURNS; )
LOWE'S HOME CENTERS, LLC; )
LOWE'S HOME CENTERS, LLC d/b/a )
LOWE'S HOME CENTER; )
LOWE'S HOME CENTERS, LLC d/b/a )
LOWE'S HOME CENTERS, INC.; )
LOWE'S HOME CENTERS, LLC d/b/a )
LOWE'S COMPANIES INC; )
BUCKEYE RIDGE FARMS LLC; and )
BUCKEYE RIDGE FARMS TRANSPORTATION, LLC )
    Defendants. )

## ORDER ON VOLUNTARY DISMISSAL
## OF DEFENDANTS LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INC; BUCKEYE RIDGE FARMS LLC; and BUCKEYE RIDGE FARMS TRANSPORTATION, LLC

The Court, having reviewed Plaintiff, **ADELLA BASSETT**, Notice of Voluntary Dismissal, and having considered the same, now GRANTS said motion and voluntarily dismisses only Defendants, **LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INC; BUCKEYE RIDGE FARMS LLC; and BUCKEYE RIDGE FARMS TRANSPORTATION, LLC** which Defendants have not served an Answer to the Complaint.

The remaining Defendants, **CHARLES BURNS and LOWE'S HOME CENTERS, LLC** are to remain active on the docket.

Dated:   1/3/2022

_____
Judge, DeKalb Superior Court

**EXHIBIT A**