This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Adella Bassett v. Charles Burns, BUCKEYE RIDGE FARMS LLC, LOWE'S HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INCet al

| Case Number | 17D01-2111-CT-000047 |
| --- | --- |
| Court | DeKalb Superior Court 1 |
| Type | CT - Civil Tort |
| Filed | 11/29/2021 |
| Status | 11/29/2021 , Pending  (active) |

## Parties to the Case

Defendant   Burns, Charles

Address
300 Spelter Ave
TRLR 89
Danville, IL 61832

Defendant   BUCKEYE RIDGE FARMS LLC

Address
JASON A MINARIK, Registered Agent
147 LONES DR
PERRYSBURG, OH 43551

Defendant   LOWE'S HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INC

Address
1000 Lowe's Blvd
Mooresville,, NC 28117

Defendant   LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.

Address
1000 Lowe's Blvd
Mooresville, NC 28117

Defendant   LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER

Address
1000 Lowe's Blvd
Mooresville, NC 28117

Defendant   LOWE'S HOME CENTERS, LLC

Address
1000 Lowe's Blvd
Mooresville, NC 28117

Defendant   BUCKEYE RIDGE FARMS TRANSPORTATION, LLC

Address
JASON A MINARIK, Registered Agent
23929 BRADNER RD
Genoa, OH 43430

Plaintiff      Bassett, Adella

EXHIBIT B

Attorney
Phillip Andrew Dick
*#3560535, Lead, Retained*

2855 Northpark AVE
STE 107
Huntington, IN 46750
260-356-5066(W)

Attorney
Daniel Edward Brophy
*#1447102, Retained*

2855 Northpark Avenue
Suite 107
Huntington, IN 46750
260-356-5066(W)

Attorney
Richard Thomas Truitt
*#89335, Retained*

2855 Northpark AVE
STE 107
Huntington, IN 46750
260-356-5066(W)

Attorney
Nicholas Irving Arthur Wheeler
*#3279802, Retained*

2855 Northpark AVE
STE 107
Huntington, IN 46750
260-420-9095(W)

## Chronological Case Summary

| | |
|---|---|
| 11/29/2021 | **Case Opened as a New Filing** |

| | |
|---|---|
| 11/30/2021 | **Appearance Filed** |

Appearance Attorneys - PAT, DEB, RTT, NIAW

| For Party: | Bassett, Adella |
|---|---|
| File Stamp: | 11/29/2021 |

| | |
|---|---|
| 11/30/2021 | **Complaint/Equivalent Pleading Filed** |

Complaint for Personal Injuries

| Filed By: | Bassett, Adella |
|---|---|
| File Stamp: | 11/29/2021 |

| | |
|---|---|
| 11/30/2021 | **Jury Trial Demand Filed** |

Request for Jury Trial

| Filed By: | Bassett, Adella |
|---|---|
| File Stamp: | 11/29/2021 |

| | |
|---|---|
| 11/30/2021 | **Subpoena/Summons Filed** |

Summons - Charles Burns

| Filed By: | Bassett, Adella |
|---|---|
| File Stamp: | 11/29/2021 |

| 11/30/2021 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Praecipe Charles Burns - Illinois | |
| | Filed By: | Bassett, Adella |
| | File Stamp: | 11/29/2021 |

| 11/30/2021 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons - Charles Burns (Illinois) | |
| | Filed By: | Bassett, Adella |
| | File Stamp: | 11/29/2021 |

| 11/30/2021 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons - Lowes Home Centers LLC | |
| | Filed By: | Bassett, Adella |
| | File Stamp: | 11/29/2021 |

| 11/30/2021 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons - Lowes Home Centers LLC DBA Lowes Home Center | |
| | Filed By: | Bassett, Adella |
| | File Stamp: | 11/29/2021 |

| 11/30/2021 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons - Lowes Home Centers LLC DBA Lowes Home Centers Inc | |
| | Filed By: | Bassett, Adella |
| | File Stamp: | 11/29/2021 |

| 11/30/2021 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons - Lowes Home Centers LLC DBA Lowes Companies Inc | |
| | Filed By: | Bassett, Adella |
| | File Stamp: | 11/29/2021 |

| 11/30/2021 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons - Buckey Ridge Farms LLC (Indiana Secretary of State) | |
| | Filed By: | Bassett, Adella |
| | File Stamp: | 11/29/2021 |

| 11/30/2021 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Praecipe Buckey Ridge Farms LLC | |
| | Filed By: | Bassett, Adella |
| | File Stamp: | 11/29/2021 |

| 11/30/2021 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons - Buckey Ridge Farms Transportation LLC (Indiana Secretary of State) | |
| | Filed By: | Bassett, Adella |
| | File Stamp: | 11/29/2021 |

| 11/30/2021 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Praecipe Buckeye Ridge Farms Transportation LLC | |
| | Filed By: | Bassett, Adella |
| | File Stamp: | 11/29/2021 |

| 12/07/2021 | **Certificate of Issuance of Summons** | |
|---|---|---|
| | Certificate of Issuance of Summons - Charles Burns | |
| | Filed By: | Bassett, Adella |
| | File Stamp: | 12/06/2021 |

| 12/07/2021 | **Certificate of Issuance of Summons** | |
| | Certificate of Issuance of Summons - Lowes Home Centers LLC | |
| | Filed By: | Bassett, Adella |
| | File Stamp: | 12/06/2021 |

| 12/07/2021 | **Certificate of Issuance of Summons** | |
| | Certificate of Issuance of Summons - Lowes Home Centers LLC dba Lowes Home Center | |
| | Filed By: | Bassett, Adella |
| | File Stamp: | 12/06/2021 |

| 12/07/2021 | **Certificate of Issuance of Summons** | |
| | Certificate of Issuance of Summons - Lowes Home Centers LLC dba Lowes Home Centers Inc | |
| | Filed By: | Bassett, Adella |
| | File Stamp: | 12/06/2021 |

| 12/07/2021 | **Certificate of Issuance of Summons** | |
| | Certificate of Issuance of Summons - Lowes Home Centers LLC dba Lowes Companies Inc | |
| | Filed By: | Bassett, Adella |
| | File Stamp: | 12/06/2021 |

| 12/07/2021 | **Certificate of Issuance of Summons** | |
| | Certificate of Issuance of Summons - SoS - Charles Burns | |
| | Filed By: | Bassett, Adella |
| | File Stamp: | 12/06/2021 |

| 12/07/2021 | **Certificate of Issuance of Summons** | |
| | Certificate of Issuance of Summons - SoS - Buckeye Ridge Farms LLC Jason Minarik | |
| | Filed By: | Bassett, Adella |
| | File Stamp: | 12/06/2021 |

| 12/07/2021 | **Certificate of Issuance of Summons** | |
| | Certificate of Issuance of Summons - SoS - Buckeye Ridge Farms Transportation LLC Jason Minarik | |
| | Filed By: | Bassett, Adella |
| | File Stamp: | 12/06/2021 |

| 12/28/2021 | **Affidavit Filed** | |
| | Affidavit of Service filed by Secretary of State | |
| | File Date: | 12/27/2021 |

| 12/30/2021 | **Appearance Filed** | |
| | Appearance of Hopey A. Gardner and Pamela A. Paige | |
| | For Party: | Burns, Charles |
| | For Party: | LOWE'S HOME CENTERS, LLC |
| | File Stamp: | 12/30/2021 |

| 12/30/2021 | **Motion for Enlargement of Time Filed** | |
| | Motion for Enlargement of Time to Move or Plead in Response to Plaintiff's Complaint | |
| | Filed By: | Burns, Charles |
| | Filed By: | LOWE'S HOME CENTERS, LLC |
| | File Stamp: | 12/30/2021 |

| 01/03/2022 | **Motion Filed** | |
| | Motion for Voluntary dismissal of Defendants | |
| | Filed By: | Bassett, Adella |
| | File Stamp: | 01/03/2022 |

| | |
|---|---|
| Judicial Officer: | Squiller, Adam C. |
| Noticed: | Truitt, Richard Thomas |
| Noticed: | Brophy, Daniel Edward |
| Noticed: | Truitt, Phillip Andrew |
| Noticed: | Wheeler, Nicholas Irving Arthur |
| Order Signed: | 01/03/2022 |

01/04/2022    **Automated ENotice Issued to Parties**

Order Granting Motion for Enlargement of Time ---- 1/3/2022 : Daniel Edward Brophy;Nicholas Irving Arthur Wheeler;Phillip Andrew Truitt;Richard Thomas Truitt

01/04/2022    **Order Issued**

Granting Voluntary Dismissal of all defendants except Charles Burns and Lowe's Home Centers LLC shall remain active.+

| | |
|---|---|
| Judicial Officer: | Squiller, Adam C. |
| Noticed: | Truitt, Richard Thomas |
| Noticed: | Brophy, Daniel Edward |
| Noticed: | Truitt, Phillip Andrew |
| Noticed: | Wheeler, Nicholas Irving Arthur |
| Order Signed: | 01/03/2022 |

01/05/2022    **Automated ENotice Issued to Parties**

Order Issued ---- 1/4/2022 : Daniel Edward Brophy;Nicholas Irving Arthur Wheeler;Phillip Andrew Truitt;Richard Thomas Truitt

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Bassett, Adella**

Plaintiff

**Balance Due** (as of 01/28/2022)

0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 11/30/2021 | Transaction Assessment | 157.00 |
| 11/30/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# APPEARANCE FORM (CIVIL)
## Initiating Party

**Case Number:** _____
*(To be supplied by Clerk at the time of filing)*

/ / Check if *Pro Se.*      **NOTE:  This form is not required for pro se protective orders.**

1.  ADELLA BASSETT _____      2. _____
   Name of first initiating party          Telephone of *pro se* initiating party
         *(Supply names of additional initiating parties on continuation page.)*

3.  Attorney information (as applicable for service of process):

   Name: __Richard T. Truitt__      Atty Number: __893-35__
         Email:  r.truitt@truittlawoffices.com
   Name: __Phillip A. Truitt__      Atty Number: __35605-35__
         Email:  p.truitt@truittlawoffices.com
   Name: __Daniel E. Brophy__      Atty Number: __14471-02__
         Email:  d.brophy@truittlawoffices.com
   Name: __Nicholas Irving Arthur Wheeler__   Atty Number: __32798-02__
         Email: n.wheeler@truittlawoffices.com
   Address: TRUITT LAW OFFICES      Phone: __(260) 356-5066__
         2855 Northpark Avenue, Suite 107   FAX: __(260) 356-7313__
         Huntington, Indiana 46750

      *(Supply information for additional attorneys on continuation page.)*

4.  Case Type requested: _____CT_____      5.  Will accept FAX service:  Yes ___  No **XX**
      *[See Administrative Rule 8(b)(3)]*

6.  Social Security numbers of all family members in proceedings involving support issues.

Name:_____   SS# _____   Name: _____   SS#:_____

Name:_____   SS# _____   Name: _____   SS#:_____

Name:_____   SS# _____   Name: _____   SS#:_____
      *(Supply social security numbers for additional persons on continuation page.)*

7.  Are there related cases?  Yes_____  No _X___      If yes, list case and number below:

      Caption _____      Case Number: New Case
      Caption _____      Case Number _____
         *(Supply information for additional related cases on continuation page.)*

8.  Additional information required by state or local rule: _____
_____

_____

Respectfully Submitted,

/s/ Richard T. Truitt

Richard T. Truitt, Atty # 893-35
TRUITT LAW OFFICES
2855 Northpark Avenue, Suite 107
Huntington, Indiana 46750
Telephone: (260) 356-5066
Email: r.truitt@truittlawoffices.com
Attorney for Plaintiffs

/s/ Phillip A. Truitt

Phillip A. Truitt, Atty #35605-35
TRUITT LAW OFFICES
2855 Northpark Avenue, Suite 107
Huntington, Indiana 46750
Telephone: (260) 356-5066
Email: p.truitt@truittlawoffices.com
Attorney for Plaintiffs

/s/ Daniel E. Brophy

Daniel E. Brophy, Atty # 14471-02
TRUITT LAW OFFICES
2855 Northpark Avenue, Suite 107
Huntington, Indiana 46750
Telephone: (260) 356-5066
Email: d.brophy@truittlawoffices.com
Attorney for Plaintiffs

/s/Nicholas Irving Arthur Wheeler

Nicholas Irving Arthur Wheeler, Atty# 32798-02
TRUITT LAW OFFICES
2855 Northpark Avenue, Suite 107
Huntington, Indiana 46750
Telephone: (260) 356-5066
Email: n.wheeler@truittlawoffices.com
Attorney for Plaintiffs

STATE OF INDIANA      )      IN THE DEKALB COUNTY COURTS

)SS:

COUNTY OF DEKALB      )

ADELLA BASSETT                )

     Plaintiff,              )

                        )

VS.                       )

                        )

CHARLES BURNS;              )

LOWE'S HOME CENTERS, LLC;      )

LOWE'S HOME CENTERS, LLC d/b/a      )

LOWE'S HOME CENTER;         )

LOWE'S HOME CENTERS, LLC d/b/a      )

LOWE'S HOME CENTERS, INC.;      )

LOWE'S HOME CENTERS, LLC d/b/a      )

LOWE'S COMPANIES INC;        )

BUCKEYE RIDGE FARMS LLC; and     )

BUCKEYE RIDGE FARMS TRANSPORTATION, LLC   )

     Defendants.             )

## **COMPLAINT FOR PERSONAL INJURIES**

Comes now the Plaintiff, ADELLA BASSETT, by counsel, for cause of action against

Defendants, CHARLES BURNS; LOWE'S HOME CENTERS, LLC; LOWE'S HOME

CENTERS, LLC d/b/a LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC d/b/a

LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S

COMPANIES INC; BUCKEYE RIDGE FARMS LLC; and BUCKEYE RIDGE FARMS

TRANSPORTATION, LLC alleges and says:

## **COUNT 1**

1.      That at all times mentioned herein Plaintiff, ADELLA BASSETT, was resident of

the City of Hicksville, Defiance County, State of Ohio.

2.      That on December 16, 2019, the Defendant, CHARLES BURNS, was a resident

of the City of Fort Wayne, Allen County, State of Indiana.

3.     That at all times relevant herein, Defendant, CHARLES BURNS owed Plaintiff ADELLA BASSETT a duty to exercise reasonable care to avoid injuring them through his negligent acts.

4.     That on December 16, 2019, Defendant, CHARLES BURNS, was operating a motor vehicle traveling southbound on County Road 59 approaching the intersection of State Road 8 of DeKalb County, Indiana.

5.     That on December 16, 2019, Plaintiff, ADELLA BASSETT, was a passenger in vehicle traveling eastbound on State Road 8 in DeKalb County Indiana when Defendant CHARLES BURN disregarded the traffic control device and crashed into the vehicle Plaintiff, ADELLA BASSETT, was a passenger in.

6.     That on such date and place, Defendant, CHARLES BURNS, breached the duty of care owed to Plaintiff, ADELLA BASSETT, by committing acts of negligence in the operation of his vehicle, which included but is not limited to the following:

    a.   Disregard a Traffic Control Device;

    b.   Failure to Yield the Right of Way;

    c.   Failed to keep a proper lookout;

    d.   Failed to timely apply his brakes;

    e.   Failed to keep his vehicle under control;

    f.   Operated the vehicle in a reckless manner; and

    g.   Failed to stop the vehicle when he could see that danger to the Plaintiff was imminent,

and as a result of the aforesaid negligent acts, said Defendant caused a collision involving bodily injury to Plaintiff.

2

7.      That as a direct and proximate result of the Defendant's negligence, Plaintiff, ADELLA BASSETT:

      a.  Has suffered severe and permanent injuries and physical impairments;

      b.  Has endured and continues to endure great pain and suffering;

      c.  Has suffered permanent damage and bodily impairment;

      d.  Has incurred and will continue to incur medically related expenses; and

      e.  Continues to incur medically related expenses.

WHEREFORE, Plaintiff, ADELLA BASSETT, prays for judgment against the Defendant, CHARLES BURNS, in the following particulars: for the injuries sustained by ADELLA BASSETT, including but not limited to: past and future medical and hospital expenses, severe and permanent injuries and physical impairments, past and future pain and suffering, permanent damage, and permanent bodily impairment,, all in such amounts as would reasonably compensate him for these losses; the cost of this action; and for all other just and proper relief in the premises.

                        Respectfully Submitted,

                        /s/Phillip A. Truitt
                        Phillip A. Truitt, Atty No. 35605-35
                        Daniel E. Brophy, Atty No. 14471-02
                        Richard T. Truitt, Atty No. 893-35
                        Nicholas I. A. Wheeler, Atty No. 32798-02
                        TRUITT LAW OFFICES

## COUNT II

Comes now the Plaintiff, ADELLA BASSETT, by counsel, and for her claim for relief against the Defendants, LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME

CENTERS, INC.; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S COMPANIES INC
BUCKEYE RIDGE FARMS LLC; and BUCKEYE RIDGE FARMS TRANSPORTATION,
LLC she alleges and states as follows:

8.     That as paragraph 8 of Count II, the Plaintiff, ADELLA BASSETT, incorporates
rhetorical paragraphs 1 through 7 as though specifically set forth herein.

9.     That on December 16, 2019, the Defendants, BUCKEYE RIDGE FARMS LLC;
AND BUCKEYE RIDGE FARMS TRANSPORTATION, LLC, were an Ohio Domestic
Limited Liability Company doing business in the state of Ohio, with their principal address
located at 23929 Bradner Road, Genoa, OH 43430.

10.     That on December 16, 2019, the Defendants, LOWE'S HOME CENTERS, LLC;
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTER; LOWE'S HOME
CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC
d/b/a LOWE'S COMPANIES INC, were a North Carolina Foreign Limited Liability Company
doing business in the state of Indiana and North Carolina, with their principal address located at
1000 Lowe's Blvd., Mooresville, NC 28117.

11.     That at all times relevant herein, Defendants owed ADELLA BASSETT a duty to
exercise reasonable care to avoid injuring her through their negligent acts.

12.     That on December 16, 2019, Defendant, CHARLES BURNS, was operating a
vehicle owned or operated or maintained or controlled by Defendants, LOWE'S HOME
CENTERS, LLC; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER;
LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTERS, INC.; LOWE'S HOME
CENTERS, LLC D/B/A LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; AND
BUCKEYE RIDGE FARMS TRANSPORTATION, LLC.

4

13.     At all times relevant herein, the Box Truck being operated by CHARLES BURNS and owned, maintained and controlled by LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; AND BUCKEYE RIDGE FARMS TRANSPORTATION, LLC, in the course of his employment with and/or agency for the Defendants, LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; AND BUCKEYE RIDGE FARMS TRANSPORTATION, LLC was a commercial motor vehicle subject to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana Code §8-2.1-24-18.

14.     At all times relevant herein, as the driver and operator of the Box Truck, LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; AND BUCKEYE RIDGE FARMS TRANSPORTATION, LLC, in the course of his employment with and/or agency for the Defendants, LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; AND BUCKEYE RIDGE FARMS TRANSPORTATION, LLC was subject to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana Code §8-2.1-24-18.

15.     At all times relevant herein, as the owner, controller and maintainer of the Box Truck, by LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; AND BUCKEYE RIDGE FARMS TRANSPORTATION,

5

LLC, in the course of his employment with and/or agency for the Defendants, LOWE'S HOME
CENTERS, LLC; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER;
LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTERS, INC.; LOWE'S HOME
CENTERS, LLC D/B/A LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; AND
BUCKEYE RIDGE FARMS TRANSPORTATION, LLC. was subject to the provisions of the
Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana Code §8-2.1-
24-18.

     16.     That on such date and place, Defendants, LOWE'S HOME CENTERS, LLC;
LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER; LOWE'S HOME
CENTERS, LLC D/B/A LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC
D/B/A LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; AND BUCKEYE
RIDGE FARMS TRANSPORTATION, LLC, by and through their employee and/or agent,
CHARLES BURNS, breached the duty of care owed to Plaintiff, ADELLA BASSETT, and said
Defendants employee, CHARLES BURNS, committed acts of negligence in the operation of a
vehicle, which included but is not limited to the following:

        a.   Disregard a Traffic Control Device;

        b.   Failure to Yield the Right of Way;

        c.   Failed to keep a proper lookout;

        d.   Failed to timely apply his brakes;

        e.   Failed to keep his vehicle under control;

        f.   Operated the vehicle in a reckless manner; and

        g.   Failed to stop the vehicle when he could see that danger to the Plaintiff was
           imminent,

6

and as a result of the aforesaid negligent acts, caused a collision involving bodily injury to Plaintiff, ADELLA BASSETT.

17. That the Defendants, LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; and BUCKEYE RIDGE FARMS TRANSPORTATION, LLC, by and through their employee and/or agent, CHARLES BURNS, breached the duty of care owed to Plaintiff, ADELLA BASSETT, is liable for the negligence of its employee and/or agent, Defendant, CHARLES BURNS as a matter of law.

18. That as a direct and proximate result of the Defendants, LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; AND BUCKEYE RIDGE FARMS TRANSPORTATION, LLC negligence to Plaintiff, ADELLA BASSETT:

    a. Has suffered severe and permanent injuries and physical impairments;

    b. Has endured and continues to endure great pain and suffering;

    c. Has suffered permanent damage, bodily impairment and scarring;

    d. Has suffered loss of income and loss of earning capacity;

    e. Continues to incur loss of income;

    f. Has incurred and will continue to incur medically related expenses; and

    g. Continues to incur medically related expenses.

WHEREFORE, Plaintiff prays for judgment of damages against the Defendants, LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; AND BUCKEYE RIDGE FARMS TRANSPORTATION, LLC, in the following particulars: for the injuries sustained by, Plaintiff, ADELLA BASSETT including but not limited to: past and future medical and hospital expenses, severe and permanent injuries and physical impairments, past and future pain and suffering, permanent damage, and permanent bodily impairment,, all in such amounts as would reasonably compensate him for these losses; the cost of this action; and for all other just and proper relief in the premises.

Respectfully Submitted,

/s/Phillip A. Truitt
Phillip A. Truitt, Atty No. 35605-35
Daniel E. Brophy, Atty No. 14471-02
Richard T. Truitt, Atty No. 893-35
Nicholas I. A. Wheeler, Atty No. 32798-02
TRUITT LAW OFFICES
2855 Northpark Avenue, Suite 107
Huntington, Indiana 46750
Telephone: (260) 356-5066
Fax: (260) 356-7313
Email:  p.truitt@truittlawoffices.com
        d.brophy@truittlawoffices.com
        r.truitt@truittlawoffices.com
        n.wheeler@truittlawoffices.com

**17D01-2111-CT-000047**
Filed: 11/29/2021 5:58 PM
Clerk
DeKalb Superior Court 1
DeKalb County, Indiana

USDC IN/ND case 1:22-cv-00037-HAB-SLC   document 1-2   filed 01/28/22   page 17 of 62

STATE OF INDIANA          )     IN THE DEKALB COUNTY COURTS
                          )SS:
COUNTY OF DEKALB          )


ADELLA BASSETT                                    )
    Plaintiff,                                   )
                                                  )
VS.                                               )
                                                  )
CHARLES BURNS;                                    )
LOWE'S HOME CENTERS, LLC;                         )
LOWE'S HOME CENTERS, LLC D/B/A                    )
LOWE'S HOME CENTER;                               )
LOWE'S HOME CENTERS, LLC d/b/a                    )
LOWE'S HOME CENTERS, INC.;                        )
LOWE'S HOME CENTERS, LLC d/b/a                    )
LOWE'S COMPANIES INC;                             )
BUCKEYE RIDGE FARMS LLC; and                      )
BUCKEYE RIDGE FARMS TRANSPORTATION, LLC   )
    Defendants.                                  )


## <u>REQUEST FOR JURY TRIAL</u>

Come now Plaintiff, ADELLA BASSETT, by counsel, and respectfully requests the

Court to submit this cause to a trial by jury.

                    Respectfully Submitted,

                    /s/Phillip A. Truitt
                    Phillip A. Truitt, Atty No. 35605-35
                    Daniel E. Brophy, Atty No. 14471-02
                    Richard T. Truitt, Atty No. 893-35
                    Nicholas Irving Arthur Wheeler, Atty No. 32798-02
                    TRUITT LAW OFFICES
                    2855 Northpark Avenue, Suite 107
                    Huntington, Indiana 46750
                    Telephone: (260) 356-5066
                    Fax: (260) 356-7313
                    Email: p.truitt@truittlawoffices.com
                              d.brophy@truittlawoffices.com
                              r.truitt@truittlawoffices.com
                              n.wheeler@truittlawoffices.com

**17D01-2111-CT-000047**
Filed: 11/29/2021 5:58 PM
Clerk
DeKalb Superior Court 1
DeKalb County, Indiana

USDC IN/ND case 1:22-cv-00037-HAB-SLC   document 1-2   filed 01/28/22   page 18 of 62

**DEKALB COUNTY COURTS – CIVIL DIVISION**
Courthouse – 100 S. Main Street; PO BOX 230
Auburn, Indiana 46706;
Telephone (260) 925-0912

| | |
|---|---|
| ADELLA BASSETT | ) |
|         Plaintiff, | ) |
| | ) |
| VS. | ) |
| | ) |
| CHARLES BURNS; | ) |
| LOWE'S HOME CENTERS, LLC; | ) |
| LOWE'S HOME CENTERS, LLC D/B/A | ) |
| LOWE'S HOME CENTER | ) |
| LOWE'S HOME CENTERS, LLC d/b/a | ) |
| LOWE'S HOME CENTERS, INC.; | ) |
| LOWE'S HOME CENTERS, LLC d/b/a | ) |
| LOWE'S COMPANIES INC; | ) |
| BUCKEYE RIDGE FARMS LLC; and | ) |
| BUCKEYE RIDGE FARMS TRANSPORTATION, LLC | ) |
|         Defendants. | ) |

**SUMMONS**

The State of Indiana to Defendant      **CHARLES BURNS**
_____
                                      **201 Congress Avenue**
_____
                                      Fort Wayne, IN 46806
_____

You have been sued by the person (s) named "plaintiff," in the court stated above.

    The nature of the suit against you is stated in the complaint, which is attached to this document.  It also states the demand, which the plaintiff has made and wants from you.

    You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.

    If you have claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date_____ 11/30/2021 _____          _Holly A. Albright_____

                                                 Clerk, DeKalb County Court (Seal)

The following manner of service is hereby designated:   **Certified Mail**
_____

/s/Phillip A. Truitt
_____
Attorney for Plaintiff
Phillip A, Truitt, Atty #35605-35
_____
Daniel E. Brophy, Atty # 14471-02
_____
Richard T. Truitt, Atty # 893-35
_____
Nichols I.A. Wheeler, Atty #32798-02
_____
TRUITT LAW OFFICES
_____
2855 Northpark Avenue, Suite 107
_____
Huntington, Indiana 46750
_____
Telephone: (260) 356-5066
_____
Email:   p.truitt@truittlawoffices.com
         d.brophy@truittlawoffices.com
         r.truitt@truittlawoffices.com
         n.wheeler@truittlawoffices.com

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

A copy of the above summons and a copy of the complaint attached thereto were received by me at  _____
this _____ day of _____, 20 ___.

                                      _____
                                      Signature of Defendant

**RETURN OF SERVICE OF SUMMONS**

I hereby certify that I have served the within summons:

1. By delivering on the _____ day of _____ , 20___ a copy of the summons and a copy of the

complaint to each of the within named defendant (s) _____

_____

_____

2. By leaving on the _____ day of _____, 20 ___ for each of

the within named defendant (s) _____

_____ a copy of the summons and a copy of the complaint at the respective

dwelling house or usual place of abode with _____,
a person of suitable age and discretion residing therein whose usual duties or activities include prompt
communication of such information to the person served.

3. _____

_____

and by mailing a copy of the summons without the complaint to _____

_____ at _____

_____
the last known address of defendant (s).

All Done in DeKalb County, Indiana.

Fees:   $ _____

Mileage  _____

Total:   _____

_____
Sheriff of DeKalb County, Indiana

BY _____Deputy

Filed: 11/29/2021 5:58 PM
Clerk
DeKalb County, Indiana

STATE OF INDIANA ) IN THE DEKALB COUNTY COURTS
 )SS:
COUNTY OF DEKALB )

| | |
|---|---|
| ADELLA BASSETT | ) |
|   Plaintiff, | ) |
| | ) |
| VS. | ) |
| | ) |
| CHARLES BURNS; | ) |
| LOWE'S HOME CENTERS, LLC; | ) |
| LOWE'S HOME CENTERS, LLC d/b/a | ) |
| LOWE'S HOME CENTER; | ) |
| LOWE'S HOME CENTERS, LLC d/b/a | ) |
| LOWE'S HOME CENTERS, INC.; | ) |
| LOWE'S HOME CENTERS, LLC d/b/a | ) |
| LOWE'S COMPANIES INC; | ) |
| BUCKEYE RIDGE FARMS LLC; and | ) |
| BUCKEYE RIDGE FARMS TRANSPORTATION, LLC | ) |
|   Defendants. | ) |

## PRAECIPE FOR SUMMONS DELIVERED TO
## SECRETARY OF STATE - AS AGENT OF DEFENDANT

TO: CLERK OF THE COURT OF DEKALB COUNTY COURTS.

  A Complaint having been filed in the above-entitled cause, requires the issuance of a Summons upon

Secretary of State, as Agent, of the Defendant at the following address:  302 West Washington Street, Room E-

018, Indianapolis, Indiana, 46204, for delivery to Defendant, whose last known mailing address is as follows:

    **CHARLES BURNS**
    **300 Spelter Avenue**
    **Trailer 89**
    **Danville, IL 61832**

Dated:  This _____ day of _____, 2021.  _____/s/Phillip A. Truitt_____
               Phillip A. Truitt, Atty No. 35605-35
               Daniel E. Brophy, Atty No. 14471-02
               Richard T. Truitt, Atty No. 893-35
               Nicholas I.A. Wheeler, Atty No. 32798-02
               TRUITT LAW OFFICES
               2855 Northpark Avenue, Suite 107
               Huntington, Indiana 46750
               Telephone: (260) 356-5066
               Fax: (260) 356-7313
               Email: p.truitt@truittlawoffices.com
                   d.brophy@truittlawoffices.com
                   r.truitt@truittlawoffices.com
                   n.wheeler@truittlawoffices.com

**DEKALB COUNTY COURTS – CIVIL DIVISION**
Courthouse – 100 S. Main Street; PO BOX 230
Auburn, Indiana 46706;
Telephone (260) 925-0912

| | |
|---|---|
| ADELLA BASSETT<br>    Plaintiff, | )<br>)<br>) |
| VS. | )<br>) |
| CHARLES BURNS;<br>LOWE'S HOME CENTERS, LLC;<br>LOWE'S HOME CENTERS, LLC D/B/A<br>LOWE'S HOME CENTER<br>LOWE'S HOME CENTERS, LLC d/b/a<br>LOWE'S HOME CENTERS, INC.;<br>LOWE'S HOME CENTERS, LLC d/b/a<br>LOWE'S COMPANIES INC;<br>BUCKEYE RIDGE FARMS LLC; and<br>BUCKEYE RIDGE FARMS TRANSPORTATION, LLC<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS**

The State of Indiana to Defendant    **CHARLES BURNS**

**c/o Indiana Secretary of State**

302 W. Washington Street

Room E-018

Indianapolis, IN 46204

You have been sued by the person (s) named "plaintiff," in the court stated above.

    The nature of the suit against you is stated in the complaint, which is attached to this document.  It also states the demand, which the plaintiff has made and wants from you.

    You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.

    If you have claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date    11/30/2021

Clerk, DeKalb County Court (Seal)

The following manner of service is hereby designated:    **Certified Mail**

/s/Phillip A. Truitt
Attorney for Plaintiff
Phillip A. Truitt, Atty #35605-35

Daniel E. Brophy, Atty # 14471-02

Richard T. Truitt, Atty # 893-35

Nichols I.A. Wheeler, Atty #32798-02

TRUITT LAW OFFICES

2855 Northpark Avenue, Suite 107

Huntington, Indiana 46750

Telephone: (260) 356-5066

Email:    p.truitt@truittlawoffices.com
            d.brophy@truittlawoffices.com
            r.truitt@truittlawoffices.com
            n.wheeler@truittlawoffices.com

DEKALB COUNTY COURTS

**SEAL**

INDIANA

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____

this _____ day of _____, 20 _____.

_____
Signature of Defendant

**RETURN OF SERVICE OF SUMMONS**

I hereby certify that I have served the within summons:

1. By delivering on the _____ day of _____ , 20___ a copy of the summons and a copy of the

complaint to each of the within named defendant (s) _____

_____

_____

2.  By leaving on the _____ day of _____, 20 ___ for each of

the within named defendant (s) _____

_____ a copy of the summons and a copy of the complaint at the respective

dwelling house or usual place of abode with _____,
a person of suitable age and discretion residing therein whose usual duties or activities include prompt
communication of such information to the person served.

3.   _____

_____

and by mailing a copy of the summons without the complaint to _____

_____ at _____

_____
the last known address of defendant (s).

   All Done in DeKalb County, Indiana.

Fees:   $ _____

Mileage _____                  _____
                                         Sheriff of DeKalb County, Indiana

Total:   _____                 BY _____Deputy

**17D01-2111-CT-000047**
Filed: 11/29/2021 5:58 PM
Clerk
DeKalb Superior Court 1
DeKalb County, Indiana

USDC IN/ND case 1:22-cv-00037-HAB-SLC   document 1-2   filed 01/28/22   page 23 of 62

**DEKALB COUNTY COURTS – CIVIL DIVISION**
**Courthouse – 100 S. Main Street; PO BOX 230**
**Auburn, Indiana 46706;**
**Telephone (260) 925-0912**

| | |
|---|---|
| ADELLA BASSETT<br>    Plaintiff, | ) |
| | ) |
| VS. | ) |
| | ) |
| CHARLES BURNS; | ) |
| LOWE'S HOME CENTERS, LLC; | ) |
| LOWE'S HOME CENTERS, LLC D/B/A | ) |
| LOWE'S HOME CENTER | ) |
| LOWE'S HOME CENTERS, LLC d/b/a | ) |
| LOWE'S HOME CENTERS, INC.; | ) |
| LOWE'S HOME CENTERS, LLC d/b/a | ) |
| LOWE'S COMPANIES INC; | ) |
| BUCKEYE RIDGE FARMS LLC; and | ) |
| BUCKEYE RIDGE FARMS TRANSPORTATION, LLC | ) |
|     Defendants. | ) |

**SUMMONS**

The State of Indiana to Defendant        **LOWE'S HOME CENTERS, LLC**
‎                                                                       **C/O Corporation Service Company, Registered Agent**
‎                                                                       135 North Pennsylvania Street, Suite 1610
‎                                                                       Indianapolis, IN 46204

You have been sued by the person (s) named "plaintiff," in the court stated above.

    The nature of the suit against you is stated in the complaint, which is attached to this document.  It also states the demand, which the plaintiff has made and wants from you.
    You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.
    If you have claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date _____11/30/2021_____                              _Holly A. Albright_____
‎                                                                                          Clerk, DeKalb County Court (Seal)

The following manner of service is hereby designated:        **Certified Mail**

/s/Phillip A. Truitt
Attorney for Plaintiff
Phillip A. Truitt, Atty #35605-35

Daniel E. Brophy, Atty # 14471-02

Richard T. Truitt, Atty # 893-35

Nichols I.A. Wheeler, Atty #32798-02

TRUITT LAW OFFICES

2855 Northpark Avenue, Suite 107

Huntington, Indiana 46750

Telephone: (260) 356-5066

Email:    p.truitt@truittlawoffices.com
‎              d.brophy@truittlawoffices.com
‎              r.truitt@truittlawoffices.com
‎              n.wheeler@truittlawoffices.com

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____
this _____ day of _____, 20 ____.

‎                                                                      _____
‎                                                                                     Signature of Defendant

**RETURN OF SERVICE OF SUMMONS**

I hereby certify that I have served the within summons:

1. By delivering on the _____ day of _____ , 20___ a copy of the summons and a copy of the complaint to each of the within named defendant (s) _____

_____

_____

2. By leaving on the _____ day of _____, 20 ___ for each of

the within named defendant (s) _____

_____ a copy of the summons and a copy of the complaint at the respective

dwelling house or usual place of abode with _____,
a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.

3.   _____

_____

and by mailing a copy of the summons without the complaint to _____

_____ at _____

_____

the last known address of defendant (s).

   All Done in DeKalb County, Indiana.

Fees:   $ _____

Mileage _____                    _____
                                            Sheriff of DeKalb County, Indiana

Total:   _____                   BY _____Deputy

**17D01-2111-CT-000047**

Filed: 11/29/2021 5:58 PM
Clerk
USDC IN/ND case 1:22-cv-00037-HAB DeKalb Superior Court 1-2  filed 01/28/22  page 26 of 62
DeKalb County, Indiana

**DEKALB COUNTY COURTS – CIVIL DIVISION**
Courthouse – 100 S. Main Street; PO BOX 230
Auburn, Indiana 46706;
Telephone (260) 925-0912

ADELLA BASSETT                          )
    Plaintiff,                          )
                                       )
VS.                                     )
                                       )
                                       )
CHARLES BURNS;                          )
LOWE'S HOME CENTERS, LLC;               )
LOWE'S HOME CENTERS, LLC D/B/A          )
LOWE'S HOME CENTER                      )
LOWE'S HOME CENTERS, LLC d/b/a          )
LOWE'S HOME CENTERS, INC.;              )
LOWE'S HOME CENTERS, LLC d/b/a          )
LOWE'S COMPANIES INC;                   )
BUCKEYE RIDGE FARMS LLC; and            )
BUCKEYE RIDGE FARMS TRANSPORTATION, LLC )
    Defendants.                         )

### SUMMONS

The State of Indiana to Defendant    **LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTER**
    **C/O Corporation Service Company, Registered Agent**
    135 North Pennsylvania Street, Suite 1610
    Indianapolis, IN 46204

You have been sued by the person (s) named "plaintiff," in the court stated above.

    The nature of the suit against you is stated in the complaint, which is attached to this document. It also states the demand, which the plaintiff has made and wants from you.

    You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.

    If you have claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date_____11/30/2021_____    *Holly a. allright*
    Clerk, DeKalb County Court (Seal)

The following manner of service is hereby designated:    **Certified Mail**

/s/Phillip A. Truitt_____
Attorney for Plaintiff
Phillip A, Truitt, Atty #35605-35_____
Daniel E. Brophy, Atty # 14471-02_____
Richard T. Truitt, Atty # 893-35_____
Nichols I.A. Wheeler, Atty #32798-02___
TRUITT LAW OFFICES_____
2855 Northpark Avenue, Suite 107_____
Huntington, Indiana 46750_____
Telephone: (260) 356-5066_____
Email:    p.truitt@truittlawoffices.com
        d.brophy@truittlawoffices.com
        r.truitt@truittlawoffices.com
        n.wheeler@truittlawoffices.com

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____
this _____ day of _____, 20 ___.

_____
Signature of Defendant

**RETURN OF SERVICE OF SUMMONS**

I hereby certify that I have served the within summons:

1. By delivering on the _____ day of _____ , 20___ a copy of the summons and a copy of the

complaint to each of the within named defendant (s) _____

_____

_____

2.  By leaving on the _____ day of _____, 20 ___ for each of

the within named defendant (s) _____

_____ a copy of the summons and a copy of the complaint at the respective

dwelling house or usual place of abode with _____,
a person of suitable age and discretion residing therein whose usual duties or activities include prompt
communication of such information to the person served.

3.  _____

_____

and by mailing a copy of the summons without the complaint to _____

_____ at _____

_____
the last known address of defendant (s).


   All Done in DeKalb County, Indiana.

Fees:   $_____           _____

                                      Sheriff of DeKalb County, Indiana
Mileage  _____

Total:   _____           BY _____Deputy

**DEKALB COUNTY COURTS – CIVIL DIVISION**
**Courthouse – 100 S. Main Street; PO BOX 230**
**Auburn, Indiana 46706;**
**Telephone (260) 925-0912**

| | |
|---|---|
| ADELLA BASSETT | ) |
|     Plaintiff, | ) |
| | ) |
| VS. | ) |
| | ) |
| | ) |
| CHARLES BURNS; | ) |
| LOWE'S HOME CENTERS, LLC; | ) |
| LOWE'S HOME CENTERS, LLC D/B/A | ) |
| LOWE'S HOME CENTER | ) |
| LOWE'S HOME CENTERS, LLC d/b/a | ) |
| LOWE'S HOME CENTERS, INC.; | ) |
| LOWE'S HOME CENTERS, LLC d/b/a | ) |
| LOWE'S COMPANIES INC; | ) |
| BUCKEYE RIDGE FARMS LLC; and | ) |
| BUCKEYE RIDGE FARMS TRANSPORTATION, LLC | ) |
|     Defendants. | ) |

**SUMMONS**

The State of Indiana to Defendant     **LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.**
**C/O Corporation Service Company, Registered Agent**

135 North Pennsylvania Street, Suite 1610

Indianapolis, IN 46204

You have been sued by the person (s) named "plaintiff," in the court stated above.

The nature of the suit against you is stated in the complaint, which is attached to this document. It also states the demand, which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.

If you have claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date _____11/30/2021_____     _Holly A. Albright_____

                                                      Clerk, DeKalb County Court (Seal)

The following manner of service is hereby designated:    **Certified Mail**

/s/Phillip A. Truitt
Attorney for Plaintiff
Phillip A, Truitt, Atty #35605-35

Daniel E, Brophy, Atty # 14471-02

Richard T. Truitt, Atty # 893-35

Nichols I.A. Wheeler, Atty #32798-02

TRUITT LAW OFFICES

2855 Northpark Avenue, Suite 107

Huntington, Indiana 46750

Telephone: (260) 356-5066

Email:    p.truitt@truittlawoffices.com
              d.brophy@truittlawoffices.com
              r.truitt@truittlawoffices.com
              n.wheeler@truittlawoffices.com

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____
this _____ day of _____, 20 ____.

_____
                    Signature of Defendant

DEKALB COUNTY COURTS

SEAL

INDIANA

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

1. By delivering on the _____ day of _____ , 20___ a copy of the summons and a copy of the complaint to each of the within named defendant (s) _____

_____

_____

2. By leaving on the _____ day of _____, 20 ___ for each of

the within named defendant (s) _____

_____ a copy of the summons and a copy of the complaint at the respective

dwelling house or usual place of abode with _____,
a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.

3.   _____

_____

and by mailing a copy of the summons without the complaint to _____

_____ at _____

_____
the last known address of defendant (s).


   All Done in DeKalb County, Indiana.

Fees:   $ _____          _____
                                     Sheriff of DeKalb County, Indiana
Mileage _____

Total:   _____          BY _____Deputy

**17D01-2111-CT-000047**

USDC IN/ND case 1:22-cv-00037-HAB-SLC document 1-2 filed 01/28/22 page 30 of 62

Filed: 11/29/2021 5:58 PM
Clerk
DeKalb Superior Court 1
DeKalb County, Indiana

**DEKALB COUNTY COURTS – CIVIL DIVISION**
**Courthouse – 100 S. Main Street; PO BOX 230**
**Auburn, Indiana 46706;**
**Telephone (260) 925-0912**

| | |
|---|---|
| ADELLA BASSETT | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) |
| | ) |
| CHARLES BURNS; | ) |
| LOWE'S HOME CENTERS, LLC; | ) |
| LOWE'S HOME CENTERS, LLC d/b/a | ) |
| LOWE'S HOME CENTER; | ) |
| LOWE'S HOME CENTERS, LLC d/b/a | ) |
| LOWE'S HOME CENTERS, INC.; | ) |
| LOWE'S HOME CENTERS, LLC d/b/a | ) |
| LOWE'S COMPANIES INC; | ) |
| BUCKEYE RIDGE FARMS LLC; and | ) |
| BUCKEYE RIDGE FARMS TRANSPORTATION, LLC | ) |
| Defendants. | ) |

**SUMMONS**

The State of Indiana to Defendant   **LOWE'S HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INC**
**C/O Corporation Service Company, Registered Agent**
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

You have been sued by the person (s) named "plaintiff," in the court stated above.

   The nature of the suit against you is stated in the complaint, which is attached to this document.  It also states the demand, which the plaintiff has made and wants from you.
   You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.
   If you have claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.
Date_____11/30/2021_____

_____
Clerk, DeKalb County Court (Seal)

The following manner of service is hereby designated:   **Certified Mail**

/s/Phillip A. Truitt
Attorney for Plaintiff
Phillip A. Truitt, Atty #35605-35
Daniel E. Brophy, Atty # 14471-02
Richard T. Truitt, Atty # 893-35
Nichols I.A. Wheeler, Atty #32798-02
TRUITT LAW OFFICES
2855 Northpark Avenue, Suite 107
Huntington, Indiana 46750
Telephone: (260) 356-5066
Email:   p.truitt@truittlawoffices.com
        d.brophy@truittlawoffices.com
        r.truitt@truittlawoffices.com
        n.wheeler@truittlawoffices.com

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____
this _____ day of _____, 20 ____.

_____
Signature of Defendant

*(DeKalb County Courts Seal, Indiana)*

**RETURN OF SERVICE OF SUMMONS**

I hereby certify that I have served the within summons:

1. By delivering on the _____ day of _____ , 20___ a copy of the summons and a copy of the

complete to each of the within named defendant (s) _____

_____

_____

2.  By leaving on the _____ day of _____, 20 ___ for each of

the within named defendant (s) _____

_____ a copy of the summons and a copy of the complaint at the respective

dwelling house or usual place of abode with _____,
a person of suitable age and discretion residing therein whose usual duties or activities include prompt
communication of such information to the person served.

3.  _____

_____

and by mailing a copy of the summons without the complaint to _____

_____ at _____

_____
the last known address of defendant (s).

   All Done in DeKalb County, Indiana.

Fees:  $ _____

Mileage _____

Total:  _____

_____
Sheriff of DeKalb County, Indiana


BY _____Deputy

**17D01-2111-CT-000047**

Filed: 11/29/2021 5:58 PM
Clerk
DeKalb County, Indiana

USDC IN/ND case 1:22-cv-00037-HAB    document 1-2    filed 01/28/22    page 32 of 62

DeKalb Superior Court 1

**DEKALB COUNTY COURTS – CIVIL DIVISION**
**Courthouse – 100 S. Main Street; PO BOX 230**
**Auburn, Indiana 46706;**
**Telephone (260) 925-0912**

| | |
|---|---|
| ADELLA BASSETT<br>    Plaintiff, | ) <br> ) <br> ) |
| VS. | ) <br> ) |
| CHARLES BURNS;<br>LOWE'S HOME CENTERS, LLC;<br>LOWE'S HOME CENTERS, LLC D/B/A<br>LOWE'S HOME CENTER;<br>LOWE'S HOME CENTERS, LLC d/b/a<br>LOWE'S HOME CENTERS, INC.;<br>LOWE'S HOME CENTERS, LLC d/b/a<br>LOWE'S COMPANIES INC;<br>BUCKEYE RIDGE FARMS LLC; and<br>BUCKEYE RIDGE FARMS TRANSPORTATION, LLC<br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**SUMMONS**

The State of Indiana to Defendant    **BUCKEYE RIDGE FARMS LLC**
                                     **c/o Indiana Secretary of State**
                                     302 W. Washington Street
                                     Room E-018
                                     Indianapolis, IN 46204

You have been sued by the person (s) named "plaintiff," in the court stated above.

   The nature of the suit against you is stated in the complaint, which is attached to this document.  It also states the demand, which the plaintiff has made and wants from you.
   You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.
   If you have claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date_____11/30/2021_____            _Holly A. Albright_____
                                            Clerk, DeKalb County Court (Seal)
The following manner of service is hereby designated:    **Certified Mail**_____

/s/Phillip A. Truitt_____
Attorney for Plaintiff
Phillip A, Truitt, Atty #35605-35
Daniel E. Brophy, Atty # 14471-02
Richard T. Truitt, Atty # 893-35
Nichols I.A. Wheeler, Atty #32798-02
TRUITT LAW OFFICES
2855 Northpark Avenue, Suite 107
Huntington, Indiana 46750
Telephone: (260) 356-5066
Email:    p.truitt@truittlawoffices.com
          d.brophy@truittlawoffices.com
          r.truitt@truittlawoffices.com
          n.wheeler@truittlawoffices.com

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**
A copy of the above summons and a copy of the complaint attached thereto were received by me at _____
this _____ day of _____, 20 ___.

                                            _____
                                            Signature of Defendant

**RETURN OF SERVICE OF SUMMONS**

I hereby certify that I have served the within summons:

1. By delivering on the _____ day of _____ , 20___ a copy of the summons and a copy of the

complete to each of the within named defendant (s) _____

_____

_____

2.  By leaving on the _____ day of _____, 20 ___ for each of

the within named defendant (s) _____

_____ a copy of the summons and a copy of the complaint at the respective

dwelling house or usual place of abode with _____,
a person of suitable age and discretion residing therein whose usual duties or activities include prompt
communication of such information to the person served.

3.  _____

_____

and by mailing a copy of the summons without the complaint to _____

_____ at _____

_____
the last known address of defendant (s).


   All Done in DeKalb County, Indiana.

Fees:  $_____

                                                 _____
                                                 Sheriff of DeKalb County, Indiana
Mileage _____

Total:  _____                  BY _____Deputy

**17D01-2111-CT-000047**

USDC IN/ND case 1:22-cv-00037-HAB-SLC document 1-2 filed 01/28/22 page 34 of 62

Filed: 11/29/2021 5:58 PM
Clerk
DeKalb County, Indiana
DeKalb Superior Court

STATE OF INDIANA ) IN THE DEKALB COUNTY COURTS
)SS:
COUNTY OF DEKALB )

ADELLA BASSETT )
    Plaintiff, )
)
VS. )
)
CHARLES BURNS; )
LOWE'S HOME CENTERS, LLC; )
LOWE'S HOME CENTERS, LLC d/b/a )
LOWE'S HOME CENTER )
LOWE'S HOME CENTERS, LLC d/b/a )
LOWE'S HOME CENTERS, INC.; )
LOWE'S HOME CENTERS, LLC d/b/a )
LOWE'S COMPANIES INC; )
BUCKEYE RIDGE FARMS LLC; and )
BUCKEYE RIDGE FARMS TRANSPORTATION, LLC )
    Defendants.

## PRAECIPE FOR SUMMONS DELIVERED TO
## SECRETARY OF STATE - AS AGENT OF DEFENDANT

TO:   CLERK OF THE COURT OF DEKALB COUNTY COURTS.

    A Complaint having been filed in the above-entitled cause, requires the issuance of a Summons upon

Secretary of State, as Agent, of the Defendant at the following address:  302 West Washington Street, Room E-

018, Indianapolis, Indiana, 46204, for delivery to Defendant, whose last known mailing address is as follows:

      **BUCKEYE RIDGE FARMS LLC**
      **C/O JASON A MINARIK, REGISTERED AGENT**
      **147 LONES DR**
      **PERRYSBURG OH 43551**

Dated:  This _____ day of _____, 2021.      _/s/Phillip A. Truitt_____
                                        Phillip A. Truitt, Atty No. 35605-35
                                        Daniel E. Brophy, Atty No. 14471-02
                                        Richard T. Truitt, Atty No. 893-35
                                        Nicholas I. A. Wheeler, Atty No. 32798-02
                                        TRUITT LAW OFFICES
                                        2855 Northpark Avenue, Suite 107
                                        Huntington, Indiana 46750
                                        Telephone: (260) 356-5066
                                        Fax: (260) 356-7313
                                        Email:  p.truitt@truittlawoffices.com
                                                  d.brophy@truittlawoffices.com
                                                  r.truitt@truittlawoffices.com
                                                  n.wheeler@truittlawoffices.com

**17D01-2111-CT-000047**

Filed: 11/29/2021 5:58 PM
Clerk
DeKalb County, Indiana

**DEKALB COUNTY COURTS – CIVIL DIVISION**
**Courthouse – 100 S. Main Street; PO BOX 230**
**Auburn, Indiana 46706;**
**Telephone (260) 925-0912**

| | |
|---|---|
| ADELLA BASSETT<br>　　　Plaintiff, | ) |
| | ) |
| | ) |
| VS. | ) |
| | ) |
| CHARLES BURNS; | ) |
| LOWE'S HOME CENTERS, LLC; | ) |
| LOWE'S HOME CENTERS, LLC D/B/A | ) |
| LOWE'S HOME CENTER | ) |
| LOWE'S HOME CENTERS, LLC d/b/a | ) |
| LOWE'S HOME CENTERS, INC.; | ) |
| LOWE'S HOME CENTERS, LLC d/b/a | ) |
| LOWE'S COMPANIES INC; | ) |
| BUCKEYE RIDGE FARMS LLC; and | ) |
| BUCKEYE RIDGE FARMS TRANSPORTATION, LLC | ) |
| 　　　Defendants. | ) |

## SUMMONS

The State of Indiana to Defendant　　**BUCKEYE RIDGE FARMS TRANSPORTATION, LLC**
　　　　　　　　　　　　　　　　　　**c/o Indiana Secretary of State**
　　　　　　　　　　　　　　　　　　302 W. Washington Street
　　　　　　　　　　　　　　　　　　Room E-018
　　　　　　　　　　　　　　　　　　Indianapolis, IN 46204

You have been sued by the person (s) named "plaintiff," in the court stated above.

　　The nature of the suit against you is stated in the complaint, which is attached to this document. It also states the demand, which the plaintiff has made and wants from you.

　　You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.

　　If you have claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date_____11/30/2021_____　　　　　_Holly A. Albright_____

　　　　　　　　　　　　　　　　　　　　　　　Clerk, DeKalb County Court (Seal)

The following manner of service is hereby designated:　**Certified Mail**

/s/Phillip A. Truitt
Attorney for Plaintiff
Phillip A. Truitt, Atty #35605-35

Daniel E. Brophy, Atty # 14471-02

Richard T. Truitt, Atty # 893-35

Nichols I.A. Wheeler, Atty #32798-02

TRUITT LAW OFFICES

2855 Northpark Avenue, Suite 107

Huntington, Indiana 46750

Telephone: (260) 356-5066

Email:　**p.truitt@truittlawoffices.com**
　　　　**d.brophy@truittlawoffices.com**
　　　　**r.truitt@truittlawoffices.com**
　　　　**n.wheeler@truittlawoffices.com**

## ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____

this _____ day of _____, 20 ____.

_____
　　　　　　Signature of Defendant

SEAL — DEKALB COUNTY COURTS — INDIANA

**RETURN OF SERVICE OF SUMMONS**

I hereby certify that I have served the within summons:

1. By delivering on the _____ day of _____ , 20___ a copy of the summons and a copy of the

complaint to each of the within named defendant (s) _____

_____

_____

2.  By leaving on the _____ day of _____, 20 ___ for each of

the within named defendant (s) _____

_____ a copy of the summons and a copy of the complaint at the respective

dwelling house or usual place of abode with _____,
a person of suitable age and discretion residing therein whose usual duties or activities include prompt
communication of such information to the person served.

3.  _____

_____

and by mailing a copy of the summons without the complaint to _____

_____ at _____

_____

the last known address of defendant (s).

      All Done in DeKalb County, Indiana.

Fees:   $_____                    _____
                                            Sheriff of DeKalb County, Indiana
Mileage _____

Total:   _____                    BY _____Deputy

STATE OF INDIANA     )    IN THE DEKALB COUNTY COURTS
                               )SS:
COUNTY OF DEKALB     )

| | |
|---|---|
| ADELLA BASSETT | ) |
|     Plaintiff, | ) |
| | ) |
| VS. | ) |
| | ) |
| CHARLES BURNS; | ) |
| LOWE'S HOME CENTERS, LLC; | ) |
| LOWE'S HOME CENTERS, LLC D/B/A | ) |
| LOWE'S HOME CENTER; | ) |
| LOWE'S HOME CENTERS, LLC d/b/a | ) |
| LOWE'S HOME CENTERS, INC.; | ) |
| LOWE'S HOME CENTERS, LLC d/b/a | ) |
| LOWE'S COMPANIES INC; | ) |
| BUCKEYE RIDGE FARMS LLC; and | ) |
| BUCKEYE RIDGE FARMS TRANSPORTATION, LLC | ) |
|     Defendants. | ) |

## PRAECIPE FOR SUMMONS DELIVERED TO
## SECRETARY OF STATE - AS AGENT OF DEFENDANT

TO:   CLERK OF THE COURT OF DEKALB COUNTY COURTS.

     A Complaint having been filed in the above-entitled cause, requires the issuance of a Summons upon

Secretary of State, as Agent, of the Defendant at the following address:  302 West Washington Street, Room E-

018, Indianapolis, Indiana, 46204, for delivery to Defendant, whose last known mailing address is as follows:

     **BUCKEYE RIDGE FARMS TRANSPORTATION, LLC**
     **C/O JASON MINARIK, REGISTERED AGENT**
     **23929 BRADNER RD**
     **GENOA OH 43430**

Dated:  This \_\_\_\_ day of _____, 2021.     \_\_\_\_/s/Phillip A. Truitt_____
                                        Phillip A. Truitt, Atty No. 35605-35
                                        Daniel E. Brophy, Atty No. 14471-02
                                        Richard T. Truitt, Atty No. 893-35
                                        Nicholas I. A. Wheeler, Atty No. 32798-02
                                        TRUITT LAW OFFICES
                                        2855 Northpark Avenue, Suite 107
                                        Huntington, Indiana 46750
                                        Telephone: (260) 356-5066
                                        Fax: (260) 356-7313
                                        Email:  p.truitt@truittlawoffices.com
                                                  d.brophy@truittlawoffices.com
                                                  r.truitt@truittlawoffices.com
                                                  n.wheeler@truittlawoffices.com

STATE OF INDIANA          )          IN THE DEKALB SUPERIOR COURT
                          )
COUNTY OF DEKALB          )          CASE NUMBER: 17D01-2111-CT-000047


ADELLA BASSETT
Plaintiff

vs.

CHARLES BURNS;
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INC;
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.;
LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER;
LOWE'S HOME CENTERS, LLC;
BUCKEYE RIDGE FARMS LLC;
and BUCKEYE RIDGE FARMS TRANSPORTATION, LLC
Defendants

## CERTIFICATE OF ISSUANCE OF SUMMONS

The undersigned hereby certifies that pursuant to the Indiana Rules of Trial Procedure service of the Complaint or Equivalent Pleading and Summons or the Notice of Claim was attempted on the following Defendant at the address noted below:

Name                    Charles Burns

Street Address          201 Congress Avenue

City, State, and Zip Code    Fort Wayne, IN 46806


Service was attempted or requested by

☒   Certified Mail or Registered Mail with Return Receipt Requested

    Tracking Number      7021 0350 0001 4553 7960

    Date Mailed          December 1, 2021


☐   Sheriff of _____ County, Indiana.  Service documents were delivered to

    said Sheriff on the date of _____ and service of process fees were paid.


☐   Other: _____


Date:          December 06, 2021


_Abigail M Mettler_
Signature

Abigail M. Mettler, Paralegal
Printed Name

260-356-5066
Phone Number

a.mettler@truittlawoffices.com
E-Mail Address

STATE OF INDIANA ) IN THE DEKALB SUPERIOR COURT
)
COUNTY OF DEKALB ) CASE NUMBER: 17D01-2111-CT-000047


ADELLA BASSETT
Plaintiff

vs.

CHARLES BURNS;
LOWE'S HOME CENTERS, LLC;
LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER;
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.;
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INC;
BUCKEYE RIDGE FARMS LLC;
and BUCKEYE RIDGE FARMS TRANSPORTATION, LLC
Defendants

## CERTIFICATE OF ISSUANCE OF SUMMONS

     The undersigned hereby certifies that pursuant to the Indiana Rules of Trial Procedure service of the Complaint or Equivalent Pleading and Summons or the Notice of Claim was attempted on the following Defendant at the address noted below:

Name                 Lowe's Home Centers, LLC
                      C/O Corporation Service Company, Registered Agent

Street Address      135 North Pennsylvania Street, Suite 1610

City, State, and Zip Code    Indianapolis, IN 46204


Service was attempted or requested by

☒    Certified Mail or Registered Mail with Return Receipt Requested

       Tracking Number     7021 0350 0001 4553 7977

       Date Mailed         December 1, 2021


☐    Sheriff of _____ County, Indiana.  Service documents were delivered to

       said Sheriff on the date of _____ and service of process fees were paid.


☐    Other: _____

Date:       December 06, 2021

_Abigail M Mettler_
Signature                           260-356-5066
                                   Phone Number

Abigail M. Mettler, Paralegal       a.mettler@truittlawoffices.com
Printed Name                         E-Mail Address

STATE OF INDIANA          )          IN THE DEKALB SUPERIOR COURT
                          )
COUNTY OF DEKALB          )          CASE NUMBER: 17D01-2111-CT-000047


ADELLA BASSETT
Plaintiff

vs.

CHARLES BURNS;
LOWE'S HOME CENTERS, LLC;
LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER;
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.;
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INC;
BUCKEYE RIDGE FARMS LLC;
and BUCKEYE RIDGE FARMS TRANSPORTATION, LLC
Defendants

## CERTIFICATE OF ISSUANCE OF SUMMONS

The undersigned hereby certifies that pursuant to the Indiana Rules of Trial Procedure service of the Complaint or Equivalent Pleading and Summons or the Notice of Claim was attempted on the following Defendant at the address noted below:

| | |
|---|---|
| Name | Lowe's Home Centers, LLC d/b/a Lowe's Home Center |
| | C/O Corporation Service Company, Registered Agent |
| Street Address | 135 North Pennsylvania Street, Suite 1610 |
| City, State, and Zip Code | Indianapolis, IN 46204 |

Service was attempted or requested by

☒  Certified Mail or Registered Mail with Return Receipt Requested

Tracking Number    7021 0350 0001 4553 8004

Date Mailed    December 1, 2021


☐  Sheriff of _____ County, Indiana. Service documents were delivered to

said Sheriff on the date of _____ and service of process fees were paid.


☐  Other: _____

Date:    December 06, 2021

*Abigail M Mettler*
Signature                                260-356-5066
                                         Phone Number

Abigail M. Mettler, Paralegal            a.mettler@truittlawoffices.com
Printed Name                             E-Mail Address

STATE OF INDIANA          )          IN THE DEKALB SUPERIOR COURT
                          )
COUNTY OF DEKALB          )          CASE NUMBER: 17D01-2111-CT-000047


ADELLA BASSETT
Plaintiff

vs.

CHARLES BURNS;
LOWE'S HOME CENTERS, LLC;
LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER;
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.;
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INC;
BUCKEYE RIDGE FARMS LLC;
and BUCKEYE RIDGE FARMS TRANSPORTATION, LLC
Defendants

## CERTIFICATE OF ISSUANCE OF SUMMONS

The undersigned hereby certifies that pursuant to the Indiana Rules of Trial Procedure service of the Complaint or Equivalent Pleading and Summons or the Notice of Claim was attempted on the following Defendant at the address noted below:

Name                    Lowe's Home Centers, LLC d/b/a Lowe's Home Centers, Inc.
                        C/O Corporation Service Company, Registered Agent

Street Address          135 North Pennsylvania Street, Suite 1610

City, State, and Zip Code   Indianapolis, IN 46204


Service was attempted or requested by

☒    Certified Mail or Registered Mail with Return Receipt Requested

     Tracking Number      7021 0350 0001 4553 7991

     Date Mailed          December 1, 2021


☐    Sheriff of _____ County, Indiana.  Service documents were delivered to

     said Sheriff on the date of _____ and service of process fees were paid.


☐    Other: _____

Date: _____December 06, 2021_____

_Abigail M Mettler_____          260-356-5066_____
Signature                                  Phone Number

Abigail M. Mettler, Paralegal_____          a.mettler@truittlawoffices.com
Printed Name                                  E-Mail Address

STATE OF INDIANA ) IN THE DEKALB SUPERIOR COURT
)
COUNTY OF DEKALB ) CASE NUMBER: 17D01-2111-CT-000047

ADELLA BASSETT
Plaintiff

vs.

CHARLES BURNS;
LOWE'S HOME CENTERS, LLC;
LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER;
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.;
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INC;
BUCKEYE RIDGE FARMS LLC;
and BUCKEYE RIDGE FARMS TRANSPORTATION, LLC
Defendants

## CERTIFICATE OF ISSUANCE OF SUMMONS

The undersigned hereby certifies that pursuant to the Indiana Rules of Trial Procedure service of the Complaint or Equivalent Pleading and Summons or the Notice of Claim was attempted on the following Defendant at the address noted below:

Name     Lowe's Home Centers, LLC d/b/a Lowe's Companies Inc
     C/O Corporation Service Company, Registered Agent

Street Address     135 North Pennsylvania Street, Suite 1610

City, State, and Zip Code     Indianapolis, IN 46204

Service was attempted or requested by

☒ Certified Mail or Registered Mail with Return Receipt Requested

Tracking Number     7021 0350 0001 4553 7984

Date Mailed     December 1, 2021

☐ Sheriff of _____ County, Indiana. Service documents were delivered to

said Sheriff on the date of _____ and service of process fees were paid.

☐ Other: _____

Date:     December 06, 2021

_____     260-356-5066
Signature     Phone Number

Abigail M. Mettler, Paralegal     a.mettler@truittlawoffices.com
Printed Name     E-Mail Address

STATE OF INDIANA          )          IN THE DEKALB SUPERIOR COURT
                          )
COUNTY OF DEKALB          )          CASE NUMBER: 17D01-2111-CT-000047


ADELLA BASSETT
Plaintiff

vs.

CHARLES BURNS;
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INC;
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.;
LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER;
LOWE'S HOME CENTERS, LLC;
BUCKEYE RIDGE FARMS LLC;
and BUCKEYE RIDGE FARMS TRANSPORTATION, LLC
Defendants

## CERTIFICATE OF ISSUANCE OF SUMMONS

The undersigned hereby certifies that pursuant to the Indiana Rules of Trial Procedure service of the Complaint or Equivalent Pleading and Summons or the Notice of Claim was attempted on the following Defendant at the address noted below:

Name                    Charles Burns
                        c/o Indiana Secretary of State


Street Address          302 W. Washington Street
                        Room E-018

City, State, and Zip Code    Indianapolis, IN 46204


Service was attempted or requested by

☒    Certified Mail or Registered Mail with Return Receipt Requested

     Tracking Number      7021 0350 0001 4553 7953

     Date Mailed          December 1, 2021

☐    Sheriff of _____ County, Indiana.  Service documents were delivered to

     said Sheriff on the date of _____ and service of process fees were paid.

☐    Other: _____

Date:        December 06, 2021

_Abigail M Mettler_                    260-356-5066
Signature                              Phone Number

Abigail M. Mettler, Paralegal          a.mettler@truittlawoffices.com
Printed Name                           E-Mail Address

STATE OF INDIANA          )          IN THE DEKALB SUPERIOR COURT
                          )
COUNTY OF DEKALB          )          CASE NUMBER: 17D01-2111-CT-000047


ADELLA BASSETT
Plaintiff

vs.

CHARLES BURNS;
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INC;
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.;
LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER;
LOWE'S HOME CENTERS, LLC;
BUCKEYE RIDGE FARMS LLC;
and BUCKEYE RIDGE FARMS TRANSPORTATION, LLC
Defendants

## CERTIFICATE OF ISSUANCE OF SUMMONS

The undersigned hereby certifies that pursuant to the Indiana Rules of Trial Procedure service of the Complaint or Equivalent Pleading and Summons or the Notice of Claim was attempted on the following Defendant at the address noted below:

Name                       Buckeye Ridge Farms LLC
                           c/o Indiana Secretary of State


Street Address             302 W. Washington Street
                           Room E-018

City, State, and Zip Code  Indianapolis, IN 46204


Service was attempted or requested by

☒    Certified Mail or Registered Mail with Return Receipt Requested

     Tracking Number    7021 0350 0001 4553 7953

     Date Mailed        December 1, 2021

☐    Sheriff of _____ County, Indiana.  Service documents were delivered to

     said Sheriff on the date of _____ and service of process fees were paid.

☐    Other: _____

Date:        December 06, 2021

_Abigail M Mettler_                        260-356-5066
Signature                                  Phone Number

Abigail M. Mettler, Paralegal              a.mettler@truittlawoffices.com
Printed Name                               E-Mail Address

STATE OF INDIANA )            IN THE DEKALB SUPERIOR COURT
                 )
COUNTY OF DEKALB )            CASE NUMBER: 17D01-2111-CT-000047


ADELLA BASSETT
Plaintiff

vs.

CHARLES BURNS;
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INC;
LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.;
LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER;
LOWE'S HOME CENTERS, LLC;
BUCKEYE RIDGE FARMS LLC;
and BUCKEYE RIDGE FARMS TRANSPORTATION, LLC
Defendants

## CERTIFICATE OF ISSUANCE OF SUMMONS

The undersigned hereby certifies that pursuant to the Indiana Rules of Trial Procedure service of the Complaint or Equivalent Pleading and Summons or the Notice of Claim was attempted on the following Defendant at the address noted below:

| | |
|---|---|
| Name | Buckeye Ridge Farms Transportation, LLC |
| | c/o Indiana Secretary of State |
| | |
| Street Address | 302 W. Washington Street |
| | Room E-018 |
| City, State, and Zip Code | Indianapolis, IN 46204 |

Service was attempted or requested by

☒   Certified Mail or Registered Mail with Return Receipt Requested

   Tracking Number   7021 0350 0001 4553 7953

   Date Mailed   December 1, 2021

☐   Sheriff of _____ County, Indiana.  Service documents were delivered to

   said Sheriff on the date of _____ and service of process fees were paid.

☐   Other: _____

Date:   December 06, 2021

*Abigail M Mettler*
Signature

Abigail M. Mettler, Paralegal
Printed Name

260-356-5066
Phone Number

a.mettler@truittlawoffices.com
E-Mail Address

IN THE MATTER OF:

**PLAINTIFF** ADELLA BASSETT

**VS:**

**COURT:** SUPERIOR
**COUNTY:** DEKALB
**CAUSE #:** 17D012111CT000047

**DEFENDANT:** BUCKEYE RIDGE FARMS LLC
147 LONES DR
PERRYSBURG, OH 43551

**FILED**

**DEC 27 2021**

Haley a. awright
Clerk DeKalb Superior Court I

STATE OF INDIANA )
)  SS:
COUNTY OF MARION )

## AFFIDAVIT OF SERVICE BY SECRETARY OF STATE

I, Nathanial Odle, being first duly sworn now state:

1. [ ]   THAT I am the service of process clerk of the secretary of state's office and am authorized to affirm the facts set herein:

2. [ ]   THAT the secretary of state received a summons and a copy of the complaint from the clerk of the above named court to be served on the stated defendant by certified or registered mail with a return receipt requested.

3. [X]   THAT the summons and a copy of the complaint were mailed by certified mail to the stated defendant on **12/6/2021**   and the return receipt and/or envelope containing the summons and a copy of the complaint served is attached hereto **OR:**

3b. [ ]   THAT the summons and a copy of the complaint were not mailed because no address was available for mailing.

I AFFIRM UNDER THE PENALTIES FOR PERJURY that the foregoing matters are true.

Holli Sullivan
Secretary of State

Nathanial Odle
Service of Process Clerk

Certified No. 60159

Date Returned/Received 12-16-21

Date Mailed: 12/6/2021

Result of Mailing: _____

SIGNED FOR

**UNITED STATES**
**POSTAL SERVICE**

December 10, 2021

Dear MAIL MAIL:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 0661 5400 0169 5985 98.**

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | December 10, 2021, 10:17 am |
| **Location:** | PERRYSBURG, OH 43551 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | BUCKEYE RIDGE FARMS LLC |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *Krystle Baum*  147 LONES DR PERRYSBURG, OH 43551 |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

Reference ID: 92148901066154000169598598
17D012111CT000047-60159
BUCKEYE RIDGE FARMS LLC
147 LONES DR
PERRYSBURG, OH  43551-0000

17D01-2111-CT-000047      Filed: 11/29/2021 5:58 P
DeKalb Superior Court 1      Cle
USDC IN/ND case 1:22-cv-00037-HAB-SLC   document 1-2   filed 01/28/22   page 48 of 62   DeKalb County, India

**DEKALB COUNTY COURTS – CIVIL DIVISION**
Courthouse – 100 S. Main Street; PO BOX 230
Auburn, Indiana 46706;
Telephone (260) 925-0912

| | |
|---|---|
| ADELLA BASSETT<br>   Plaintiff, | )<br>) |
| | ) |
| VS. | )<br>) |
| | ) |
| CHARLES BURNS;<br>LOWE'S HOME CENTERS, LLC;<br>LOWE'S HOME CENTERS, LLC D/B/A<br>LOWE'S HOME CENTERS;<br>LOWE'S HOME CENTERS, LLC d/b/a<br>LOWE'S HOME CENTERS, INC.;<br>LOWE'S HOME CENTERS, LLC d/b/a<br>LOWE'S COMPANIES INC;<br>BUCKEYE RIDGE FARMS LLC; and<br>BUCKEYE RIDGE FARMS TRANSPORTATION, LLC<br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS

The State of Indiana to Defendant    **BUCKEYE RIDGE FARMS LLC**
                                      **c/o Indiana Secretary of State**
                                      302 W. Washington Street
                                      Room E-018
                                      Indianapolis, IN 46204

You have been sued by the person (s) named "plaintiff," in the court stated above.

    The nature of the suit against you is stated in the complaint, which is attached to this document. It also states the demand, which the plaintiff has made and wants from you.
    You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.
    If you have claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date_____ 11/30/2021 _____            *Holly A. Albright*

                                          Clerk, DeKalb County Court (Seal)

The following manner of service is hereby designated:    **Certified Mail**

/s/Phillip A. Truitt
Attorney for Plaintiff
Phillip A. Truitt, Atty #35605-35

Daniel E. Brophy, Atty # 14471-02

Richard T. Truitt, Atty # 893-35

Nichols I.A. Wheeler, Atty #32798-02

TRUITT LAW OFFICES

2855 Northpark Avenue, Suite 107

Huntington, Indiana 46750

Telephone: (260) 356-5066

Email:     p.truitt@truittlawoffices.com
            d.brophy@truittlawoffices.com
            r.truitt@truittlawoffices.com
            n.wheeler@truittlawoffices.com

*DEKALB COUNTY COURTS*
*SEAL*
*INDIANA*

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**
A copy of the above summons and a copy of the complaint attached thereto were received by me at _____
this _____ day of _____, 20 ____.

                                    Signature of Defendant

**FILED**

**DEC 27 2021**

Holly a Anright
Clerk DeKalb Superior Court I

**IN THE MATTER OF:**

**PLAINTIFF** ADELLA BASSETT

**VS:**

**COURT:** SUPERIOR

**COUNTY:** DEKALB

**CAUSE #:** 17D012111CT000047

**DEFENDANT:** BUCKEYE RIDGE FARMS TRANSPORTATION, LLC
23929 BRADNER RD
GENOA, OH 43430

STATE OF INDIANA    )

                              )    SS:

COUNTY OF MARION  )

### AFFIDAVIT OF SERVICE BY SECRETARY OF STATE

I, Nathanial Odle, being first duly sworn now state:

1. [ ] THAT I am the service of process clerk of the secretary of state's office and am authorized to affirm the facts set herein:

2. [ ] THAT the secretary of state received a summons and a copy of the complaint from the clerk of the above named court to be served on the stated defendant by certified or registered mail with a return receipt requested.

3. [X] THAT the summons and a copy of the complaint were mailed by certified mail to the stated defendant on **12/6/2021**  and the return receipt and/or envelope containing the summons and a copy of the complaint served is attached hereto **OR:**

3b. [ ] THAT the summons and a copy of the complaint were not mailed because no address was available for mailing.

I AFFIRM UNDER THE PENALTIES FOR PERJURY that the foregoing matters are true.

Holli Sullivan
Secretary of State

Nathanial Odle
Service of Process Clerk

Certified No. 60160

Date Returned/Received 12-16-21

Date Mailed: 12/6/2021

Result of Mailing: _____

SIGNED FOR

**UNITED STATES**
**POSTAL SERVICE**

December 11, 2021

Dear MAIL MAIL:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 0661 5400 0169 5987 27**.

**Item Details**

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | December 11, 2021, 10:30 am |
| **Location:** | GENOA, OH 43430 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | BUCKEYE RIDGE FARMS TRANSPORTATION  LLC |

**Recipient Signature**

| | |
|---|---|
| **Signature of Recipient:** | Buckeye fa 81 (9 |
| **Address of Recipient:** | 23929 BRADNER RD GENOA, OH 43430 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

Reference ID: 9214890106615400016959872717D012111CT000047-60160
BUCKEYE RIDGE FARMS TRANSPORTATION, LLC
23929 BRADNER RD
GENOA, OH  43430-0000

17D01-2111-CT-000047

Filed: 11/29/2021 5:58 P...
Cle...
DeKalb Superior Court 1

USDC IN/ND case 1:22-cv-00037-HAB-SLC document 1-2 filed 01/28/22 page 51 of 62  DeKalb County, Indian...

**DEKALB COUNTY COURTS – CIVIL DIVISION**
Courthouse – 100 S. Main Street; PO BOX 230
Auburn, Indiana 46706;
Telephone (260) 925-0912

ADELLA BASSETT )
    Plaintiff, )
)
)
VS. )
)
)
CHARLES BURNS; )
LOWE'S HOME CENTERS, LLC; )
LOWE'S HOME CENTERS, LLC D/B/A )
LOWE'S HOME CENTER )
LOWE'S HOME CENTERS, LLC d/b/a )
LOWE'S HOME CENTERS, INC.; )
LOWE'S HOME CENTERS, LLC d/b/a )
LOWE'S COMPANIES INC; )
BUCKEYE RIDGE FARMS LLC; and )
BUCKEYE RIDGE FARMS TRANSPORTATION, LLC )
    Defendants. )

### SUMMONS

The State of Indiana to Defendant    **BUCKEYE RIDGE FARMS TRANSPORTATION, LLC**
       **c/o Indiana Secretary of State**
       302 W. Washington Street
       Room E-018
       Indianapolis, IN 46204

You have been sued by the person (s) named "plaintiff," in the court stated above.

    The nature of the suit against you is stated in the complaint, which is attached to this document. It also states the demand, which the plaintiff has made and wants from you.
    You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.
    If you have claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date_____11/30/2021_____

                              Holly a. albright

                        Clerk, DeKalb County Court (Seal)

The following manner of service is hereby designated:    **Certified Mail**

/s/Phillip A. Truitt
Attorney for Plaintiff
Phillip A. Truitt, Atty #35605-35

Daniel E. Brophy, Atty # 14471-02

Richard T. Truitt, Atty # 893-35

Nichols I.A. Wheeler, Atty #32798-02

TRUITT LAW OFFICES

2855 Northpark Avenue, Suite 107

Huntington, Indiana 46750

Telephone: (260) 356-5066

Email:     p.truitt@truittlawoffices.com
          d.brophy@truittlawoffices.com
          r.truitt@truittlawoffices.com
          n.wheeler@truittlawoffices.com

*(seal: DEKALB COUNTY COURTS — SEAL — INDIANA)*

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS
A copy of the above summons and a copy of the complaint attached thereto were received by me at _____
this _____ day of _____, 20 ___.

_____
Signature of Defendant

Filed: 12/30/2021 1:31 PM
Clerk
DeKalb County, Indiana

STATE OF INDIANA          )          IN THE DEKALB COUNTY SUPERIOR COURT
                          ) SS:
COUNTY OF DEKALB          )          CAUSE NO. 17D01-2111-CT-000047

ADELLA BASSETT,                    )
                                   )
          Plaintiff,               )
                                   )
vs.                                )
                                   )
CHARLES BURNS,                     )
                                   )
LOWE'S HOME CENTERS, LLC,          )
                                   )
LOWE'S HOME CENTERS, LLC d/b/a     )
LOWE'S HOME CENTER,                )
                                   )
LOWE'S HOME CENTERS, LLC d/b/a     )
LOWE'S HOME CENTERS, INC.,         )
                                   )
LOWE'S HOME CENTERS, LLC d/b/a     )
LOWE'S COMPANIES INC.,             )
                                   )
BUCKEYE RIDGE FARMS LLC, and       )
                                   )
BUCKEYE RIDGE FARMS                )
TRANSPORTATION, LLC,               )
                                   )
          Defendants.              )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

1.    The party on whose behalf this form is being filed is:
      Initiating _____ Responding <u>XXXXX</u>    Intervening _____; and

      The undersigned attorney and all attorneys listed on this form now appear in this case for
      the following parties:

      **CHARLES BURNS and LOWE'S HOME CENTERS, LLC,**

2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case
      information as required by Trial Rules 3.1 and 77(B) is as follows:

      **Pamela A. Paige, Attorney No. 16163-49**          **Email: ppaige@plunkettcooney.com**
      **PLUNKETT COONEY, P.C.**                           **Telephone:  (317) 964-2730**
      **201 N. Illinois St., South Tower 16th Floor**           **Fax:  (248) 901-4040**
      **Indianapolis, IN 46204**

**Hopey A. Gardner, Attorney No. 36532-29     Email: hgardner@plunkettcooney.com**
**PLUNKETT COONEY, P.C.                          Telephone:  (317) 964-2732**
**201 N. Illinois St., South Tower 16th Floor          Fax:  (248) 901-4040**
**Indianapolis, IN 46204**

**IMPORTANT**:  Each attorney specified on this appearance:

(a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)     **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.      If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):   **N/A**

4.      This case involves child support issues: Yes _____   No **XX**

5.      This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order: Yes ____   No **XX**

6.      This case involves a petition for involuntary commitment: Yes _____   No **XX**

7.      There are related cases: Yes _____   No _____**XX**____   (If yes, list on continuation page.)

8.      Additional information required by local rule:

9.      There are other party members: Yes _____   No **XX**

10.     This form has been served on all other parties. Certificate of Service is attached: Yes**XX** No ____

Respectfully Submitted,

PLUNKETT COONEY, P.C.

/s/ Hopey A. Gardner
Hopey A. Gardner, Attorney No. 36532-29
Pamela A. Paige, Attorney No. 16163-49

2

PLUNKETT COONEY, P.C.
Attorneys for Defendants Charles Burns and Lowe's
Home Centers, LLC,
201 N. Illinois St., South Tower 16th Floor
Indianapolis, IN 46204
(317) 974-5744 / (248) 901-4040 (Fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 30, 2021, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of IEFS:

Phillip A. Truitt
Daniel E. Brophy
Richard T. Truitt
Nicholas Irving Arthur Wheeler
TRUITT LAW OFFICES
2855 Northpark Avenue, Suite 107
Huntington, IN 46750

/s/ Hopey A. Gardner
Hopey A. Gardner (36532-29)

Open.28226.15871.27776594-1

3

Filed: 12/30/2021 1:31 PM
Clerk
DeKalb County, Indiana

STATE OF INDIANA     )        IN THE DEKALB COUNTY SUPERIOR COURT
                  ) SS:
COUNTY OF DEKALB    )        CAUSE NO. 17D01-2111-CT-000047

| | |
|---|---|
| ADELLA BASSETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHARLES BURNS, | ) |
| | ) |
| LOWE'S HOME CENTERS, LLC, | ) |
| | ) |
| LOWE'S HOME CENTERS, LLC d/b/a | ) |
| LOWE'S HOME CENTER, | ) |
| | ) |
| LOWE'S HOME CENTERS, LLC d/b/a | ) |
| LOWE'S HOME CENTERS, INC., | ) |
| | ) |
| LOWE'S HOME CENTERS, LLC d/b/a | ) |
| LOWE'S COMPANIES INC., | ) |
| | ) |
| BUCKEYE RIDGE FARMS LLC, and | ) |
| | ) |
| BUCKEYE RIDGE FARMS | ) |
| TRANSPORTATION, LLC, | ) |
| | ) |
| Defendants. | ) |

### MOTION FOR ENLARGEMENT OF TIME TO MOVE OR PLEAD
### IN RESPONSE TO PLAINTIFF'S COMPLAINT

Defendants, Charles Burns and Lowe's Home Centers, LLC, by counsel, hereby request an enlargement of time within which they may file their motion or answer in response to Plaintiff's Complaint to, and including, January 27, 2022.

This Motion is based on the following grounds:

1.      Plaintiff's Complaint was filed on November 29, 2021.

2.      Defense counsel will need additional time to adequately investigate and respond to the allegations contained in Plaintiff's Complaint.

3.      This motion is being made in good faith and not for purposes of delay.

WHEREFORE, Defendants, Charles Burns and Lowe's Home Centers, LLC, by counsel, request that the Court grant an enlargement of time, to and including January 27, 2022, within which Defendants, Charles Burns and Lowe's Home Centers, LLC, may respond or plead to Plaintiff's Complaint.

Respectfully submitted,

PLUNKETT COONEY, P.C.

/s/ Hopey A. Gardner
Hopey A. Gardner (#36532-29)
Pamela A. Paige (#16163-49)
Attorneys for Defendants Charles Burns and
Lowe's Home Centers, LLC
201 N. Illinois St., South Tower 16th Floor
Indianapolis, IN 46204
Telephone: (317) 974-5744
Facsimile: (248) 901-4040
Email: ppaige@plunkettcooney.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 30, 2021, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of IEFS:

Phillip A. Truitt
Daniel E. Brophy
Richard T. Truitt
Nicholas Irving Arthur Wheeler
TRUITT LAW OFFICES
2855 Northpark Avenue, Suite 107
Huntington, IN 46750

/s/ Hopey A. Gardner
Hopey A. Gardner (36532-29)

Open.28226.15871.27776604-1

STATE OF INDIANA        )      IN THE DEKALB COUNTY COURTS
                       )SS:
COUNTY OF DEKALB      )      CAUSE NO 17D01-2111-CT-000047

ADELLA BASSETT                            )
     Plaintiff,                            )
                                   )
VS.                                   )
                                   )
CHARLES BURNS;                           )
LOWE'S HOME CENTERS, LLC;         )
LOWE'S HOME CENTERS, LLC d/b/a      )
LOWE'S HOME CENTER;              )
LOWE'S HOME CENTERS, LLC d/b/a      )
LOWE'S HOME CENTERS, INC.;         )
LOWE'S HOME CENTERS, LLC d/b/a      )
LOWE'S COMPANIES INC;            )
BUCKEYE RIDGE FARMS LLC; and      )
BUCKEYE RIDGE FARMS TRANSPORTATION, LLC   )
     Defendants.                          )

## MOTION FOR VOLUNTARY DISMISSAL
## OF DEFENDANTS LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INC; BUCKEYE RIDGE FARMS LLC; and BUCKEYE RIDGE FARMS TRANSPORTATION, LLC

Comes now, Plaintiff, **ADELLA BASSETT**, through counsel pursuant to TR 41(A)(1) and show this Court that these Defendants, **LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INC; BUCKEYE RIDGE FARMS LLC; and BUCKEYE RIDGE FARMS TRANSPORTATION, LLC** have not served an Answer to the Complaint.

Plaintiff, **ADELLA BASSETT**, through counsel request and move this Court to dismiss this action against the named Defendants **LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INC; BUCKEYE RIDGE FARMS LLC; and BUCKEYE RIDGE FARMS TRANSPORTATION, LLC** only

as Defense Counsel have represented that these are not proper parties to the case at bar. The remaining Defendants, **CHARLES BURNS and LOWE'S HOME CENTERS, LLC** are to remain active on the docket.

Respectfully submitted,

/s/Phillip A. Truitt

Phillip A. Truitt, Atty No. 35605-35
Daniel E. Brophy, Atty No. 14471-02
Richard T. Truitt, Atty No. 893-35
Nicholas I. A. Wheeler, Atty No. 32798-02
TRUITT LAW OFFICES
2855 Northpark Avenue, Suite 107
Huntington, Indiana 46750
Telephone: (260) 356-5066
Fax: (260) 356-7313
Email:  p.truitt@truittlawoffices.com
        d.brophy@truittlawoffices.com
        r.truitt@truittlawoffices.com
        n.wheeler@truittlawoffices.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have this **3rd** day of **January**, **2022**, electronically filed the foregoing with the Clerk of Court using the Court's IEFS system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system, email or by depositing a copy of the foregoing in a U.S. Mail, postage prepaid envelope addressed to:

Pamela A. Paige, Attorney No. 16163-49
Hopey A. Gardner, Attorney No. 36532-29
PLUNKETT COONEY, P.C.
201 N. Illinois St., South Tower 16th Floor
Indianapolis, IN 46204
Email  ppaige@plunkettcooney.com
       hgardner@plunkettcooney.com

/s/Phillip A. Truitt

Phillip A. Truitt
TRUITT LAW OFFICES

| STATE OF INDIANA | ) | IN THE DEKALB COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF DEKALB | ) | CAUSE NO. 17D01-2111-CT-000047 |

ADELLA BASSETT, )
                    )
        Plaintiff, )
                    )
     vs. )
                    )
CHARLES BURNS, )
                    )
LOWE'S HOME CENTERS, LLC, )
                    )
LOWE'S HOME CENTERS, LLC d/b/a )
LOWE'S HOME CENTER, )
                    )
LOWE'S HOME CENTERS, LLC d/b/a )
LOWE'S HOME CENTERS, INC., )
                    )
LOWE'S HOME CENTERS, LLC d/b/a )
LOWE'S COMPANIES INC., )
                    )
BUCKEYE RIDGE FARMS LLC, and )
                    )
BUCKEYE RIDGE FARMS )
TRANSPORTATION, LLC, )
                    )
        Defendants. )

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO MOVE OR PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT

This cause came before the Court upon the motion of Defendants, Charles Burns and

Lowe's Home Centers, LLC, for an enlargement of time to move or plead.  And the Court,

being duly advised in the premises, NOW FINDS that said motion should be granted.

IT IS THEREFORE ORDERED that Defendants, Charles Burns and Lowe's Home

Centers, LLC, are hereby granted an enlargement of time to, and including, January 27, 2022,

within which to move or plead in response to Plaintiff's Complaint.

DATED: __1/3/2022_____

_____
JUDGE, DEKALB SUPERIOR COURT

Distribution:
All Counsel and Parties of Record

Open.28226.15871.27776608-1

STATE OF INDIANA    )  IN THE DEKALB COUNTY COURTS
            )SS:
COUNTY OF DEKALB    )  CAUSE NO 17D01-2111-CT-000047

ADELLA BASSETT          )
  Plaintiff,          )
               )
VS.              )
               )
CHARLES BURNS;        )
LOWE'S HOME CENTERS, LLC;    )
LOWE'S HOME CENTERS, LLC d/b/a   )
LOWE'S HOME CENTER;      )
LOWE'S HOME CENTERS, LLC d/b/a   )
LOWE'S HOME CENTERS, INC.;    )
LOWE'S HOME CENTERS, LLC d/b/a   )
LOWE'S COMPANIES INC;     )
BUCKEYE RIDGE FARMS LLC; and   )
BUCKEYE RIDGE FARMS TRANSPORTATION, LLC )
  Defendants.        )

<u>**ORDER ON VOLUNTARY DISMISSAL**</u>
<u>**OF DEFENDANTS LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTER;**</u>
<u>**LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.; LOWE'S**</u>
<u>**HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INC; BUCKEYE RIDGE FARMS**</u>
<u>**LLC; and BUCKEYE RIDGE FARMS TRANSPORTATION, LLC**</u>

  The Court, having reviewed Plaintiff, **ADELLA BASSETT**, Notice of Voluntary

Dismissal, and having considered the same, now GRANTS said motion and voluntarily dismisses

only Defendants, **LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTER;**

**LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.; LOWE'S**

**HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INC; BUCKEYE RIDGE FARMS**

**LLC; and BUCKEYE RIDGE FARMS TRANSPORTATION, LLC** which Defendants have

not served an Answer to the Complaint.

  The remaining Defendants, **CHARLES BURNS and LOWE'S HOME CENTERS,**

**LLC** are to remain active on the docket.

Dated:   1/3/2022      _____
                 Judge, DeKalb Superior Court