**17D01-2111-CT-000047**
DeKalb Superior Court 1

Filed: 11/29/2021 5:58 PM
Clerk
DeKalb County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE DEKALB COUNTY COURTS |
| | )SS: | |
| COUNTY OF DEKALB | ) | |

ADELLA BASSETT              )
    Plaintiff,              )
                            )
VS.                         )
                            )
CHARLES BURNS;              )
LOWE'S HOME CENTERS, LLC;   )
LOWE'S HOME CENTERS, LLC d/b/a )
LOWE'S HOME CENTER;         )
LOWE'S HOME CENTERS, LLC d/b/a )
LOWE'S HOME CENTERS, INC.;  )
LOWE'S HOME CENTERS, LLC d/b/a )
LOWE'S COMPANIES INC;       )
BUCKEYE RIDGE FARMS LLC; and )
BUCKEYE RIDGE FARMS TRANSPORTATION, LLC )
    Defendants.             )

## COMPLAINT FOR PERSONAL INJURIES

Comes now the Plaintiff, ADELLA BASSETT, by counsel, for cause of action against Defendants, CHARLES BURNS; LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INC; BUCKEYE RIDGE FARMS LLC; and BUCKEYE RIDGE FARMS TRANSPORTATION, LLC alleges and says:

### COUNT 1

1. That at all times mentioned herein Plaintiff, ADELLA BASSETT, was resident of the City of Hicksville, Defiance County, State of Ohio.

2. That on December 16, 2019, the Defendant, CHARLES BURNS, was a resident of the City of Fort Wayne, Allen County, State of Indiana.

3. That at all times relevant herein, Defendant, CHARLES BURNS owed Plaintiff ADELLA BASSETT a duty to exercise reasonable care to avoid injuring them through his negligent acts.

4. That on December 16, 2019, Defendant, CHARLES BURNS, was operating a motor vehicle traveling southbound on County Road 59 approaching the intersection of State Road 8 of DeKalb County, Indiana.

5. That on December 16, 2019, Plaintiff, ADELLA BASSETT, was a passenger in vehicle traveling eastbound on State Road 8 in DeKalb County Indiana when Defendant CHARLES BURN disregarded the traffic control device and crashed into the vehicle Plaintiff, ADELLA BASSETT, was a passenger in.

6. That on such date and place, Defendant, CHARLES BURNS, breached the duty of care owed to Plaintiff, ADELLA BASSETT, by committing acts of negligence in the operation of his vehicle, which included but is not limited to the following:

   a. Disregard a Traffic Control Device;

   b. Failure to Yield the Right of Way;

   c. Failed to keep a proper lookout;

   d. Failed to timely apply his brakes;

   e. Failed to keep his vehicle under control;

   f. Operated the vehicle in a reckless manner; and

   g. Failed to stop the vehicle when he could see that danger to the Plaintiff was imminent,

and as a result of the aforesaid negligent acts, said Defendant caused a collision involving bodily injury to Plaintiff.

7. That as a direct and proximate result of the Defendant's negligence, Plaintiff, ADELLA BASSETT:

   a. Has suffered severe and permanent injuries and physical impairments;

   b. Has endured and continues to endure great pain and suffering;

   c. Has suffered permanent damage and bodily impairment;

   d. Has incurred and will continue to incur medically related expenses; and

   e. Continues to incur medically related expenses.

WHEREFORE, Plaintiff, ADELLA BASSETT, prays for judgment against the Defendant, CHARLES BURNS, in the following particulars: for the injuries sustained by ADELLA BASSETT, including but not limited to: past and future medical and hospital expenses, severe and permanent injuries and physical impairments, past and future pain and suffering, permanent damage, and permanent bodily impairment,, all in such amounts as would reasonably compensate him for these losses; the cost of this action; and for all other just and proper relief in the premises.

Respectfully Submitted,

/s/Phillip A. Truitt
Phillip A. Truitt, Atty No. 35605-35
Daniel E. Brophy, Atty No. 14471-02
Richard T. Truitt, Atty No. 893-35
Nicholas I. A. Wheeler, Atty No. 32798-02
TRUITT LAW OFFICES

## **COUNT II**

Comes now the Plaintiff, ADELLA BASSETT, by counsel, and for her claim for relief against the Defendants, LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME

3

CENTERS, INC.; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; and BUCKEYE RIDGE FARMS TRANSPORTATION, LLC she alleges and states as follows:

    8.    That as paragraph 8 of Count II, the Plaintiff, ADELLA BASSETT, incorporates rhetorical paragraphs 1 through 7 as though specifically set forth herein.

    9.    That on December 16, 2019, the Defendants, BUCKEYE RIDGE FARMS LLC; AND BUCKEYE RIDGE FARMS TRANSPORTATION, LLC, were an Ohio Domestic Limited Liability Company doing business in the state of Ohio, with their principal address located at 23929 Bradner Road, Genoa, OH 43430.

    10.    That on December 16, 2019, the Defendants, LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INC, were a North Carolina Foreign Limited Liability Company doing business in the state of Indiana and North Carolina, with their principal address located at 1000 Lowe's Blvd., Mooresville, NC 28117.

    11.    That at all times relevant herein, Defendants owed ADELLA BASSETT a duty to exercise reasonable care to avoid injuring her through their negligent acts.

    12.    That on December 16, 2019, Defendant, CHARLES BURNS, was operating a vehicle owned or operated or maintained or controlled by Defendants, LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; AND BUCKEYE RIDGE FARMS TRANSPORTATION, LLC.

13. At all times relevant herein, the Box Truck being operated by CHARLES BURNS and owned, maintained and controlled by LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; AND BUCKEYE RIDGE FARMS TRANSPORTATION, LLC, in the course of his employment with and/or agency for the Defendants, LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; AND BUCKEYE RIDGE FARMS TRANSPORTATION, LLC was a commercial motor vehicle subject to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana Code §8-2.1-24-18.

14. At all times relevant herein, as the driver and operator of the Box Truck, LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; AND BUCKEYE RIDGE FARMS TRANSPORTATION, LLC, in the course of his employment with and/or agency for the Defendants, LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; AND BUCKEYE RIDGE FARMS TRANSPORTATION, LLC was subject to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana Code §8-2.1-24-18.

15. At all times relevant herein, as the owner, controller and maintainer of the Box Truck, by LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; AND BUCKEYE RIDGE FARMS TRANSPORTATION,

LLC, in the course of his employment with and/or agency for the Defendants, LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; AND BUCKEYE RIDGE FARMS TRANSPORTATION, LLC. was subject to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana Code §8-2.1-24-18.

16. That on such date and place, Defendants, LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; AND BUCKEYE RIDGE FARMS TRANSPORTATION, LLC, by and through their employee and/or agent, CHARLES BURNS, breached the duty of care owed to Plaintiff, ADELLA BASSETT, and said Defendants employee, CHARLES BURNS, committed acts of negligence in the operation of a vehicle, which included but is not limited to the following:

    a. Disregard a Traffic Control Device;

    b. Failure to Yield the Right of Way;

    c. Failed to keep a proper lookout;

    d. Failed to timely apply his brakes;

    e. Failed to keep his vehicle under control;

    f. Operated the vehicle in a reckless manner; and

    g. Failed to stop the vehicle when he could see that danger to the Plaintiff was imminent,

and as a result of the aforesaid negligent acts, caused a collision involving bodily injury to Plaintiff, ADELLA BASSETT.

17. That the Defendants, LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC d/b/a LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; and BUCKEYE RIDGE FARMS TRANSPORTATION, LLC, by and through their employee and/or agent, CHARLES BURNS, breached the duty of care owed to Plaintiff, ADELLA BASSETT, is liable for the negligence of its employee and/or agent, Defendant, CHARLES BURNS as a matter of law.

18. That as a direct and proximate result of the Defendants, LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; AND BUCKEYE RIDGE FARMS TRANSPORTATION, LLC negligence to Plaintiff, ADELLA BASSETT:

   a. Has suffered severe and permanent injuries and physical impairments;

   b. Has endured and continues to endure great pain and suffering;

   c. Has suffered permanent damage, bodily impairment and scarring;

   d. Has suffered loss of income and loss of earning capacity;

   e. Continues to incur loss of income;

   f. Has incurred and will continue to incur medically related expenses; and

   g. Continues to incur medically related expenses.

7

WHEREFORE, Plaintiff prays for judgment of damages against the Defendants, LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTER; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S HOME CENTERS, INC.; LOWE'S HOME CENTERS, LLC D/B/A LOWE'S COMPANIES INC BUCKEYE RIDGE FARMS LLC; AND BUCKEYE RIDGE FARMS TRANSPORTATION, LLC, in the following particulars: for the injuries sustained by, Plaintiff, ADELLA BASSETT including but not limited to: past and future medical and hospital expenses, severe and permanent injuries and physical impairments, past and future pain and suffering, permanent damage, and permanent bodily impairment,, all in such amounts as would reasonably compensate him for these losses; the cost of this action; and for all other just and proper relief in the premises.

Respectfully Submitted,

/s/Phillip A. Truitt
Phillip A. Truitt, Atty No. 35605-35
Daniel E. Brophy, Atty No. 14471-02
Richard T. Truitt, Atty No. 893-35
Nicholas I. A. Wheeler, Atty No. 32798-02
TRUITT LAW OFFICES
2855 Northpark Avenue, Suite 107
Huntington, Indiana 46750
Telephone: (260) 356-5066
Fax: (260) 356-7313
Email: p.truitt@truittlawoffices.com
       d.brophy@truittlawoffices.com
       r.truitt@truittlawoffices.com
       n.wheeler@truittlawoffices.com

**17D01-2111-CT-000047**
DeKalb Superior Court 1

Filed: 11/29/2021 5:58 PM
Clerk
DeKalb County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE DEKALB COUNTY COURTS |
| | )SS: | |
| COUNTY OF DEKALB | ) | |

| | |
|---|---|
| ADELLA BASSETT | ) |
|     Plaintiff, | ) |
| | ) |
| VS. | ) |
| | ) |
| CHARLES BURNS; | ) |
| LOWE'S HOME CENTERS, LLC; | ) |
| LOWE'S HOME CENTERS, LLC D/B/A | ) |
| LOWE'S HOME CENTER; | ) |
| LOWE'S HOME CENTERS, LLC d/b/a | ) |
| LOWE'S HOME CENTERS, INC.; | ) |
| LOWE'S HOME CENTERS, LLC d/b/a | ) |
| LOWE'S COMPANIES INC; | ) |
| BUCKEYE RIDGE FARMS LLC; and | ) |
| BUCKEYE RIDGE FARMS TRANSPORTATION, LLC | ) |
|     Defendants. | ) |

## REQUEST FOR JURY TRIAL

Come now Plaintiff, ADELLA BASSETT, by counsel, and respectfully requests the Court to submit this cause to a trial by jury.

Respectfully Submitted,

/s/Phillip A. Truitt
Phillip A. Truitt, Atty No. 35605-35
Daniel E. Brophy, Atty No. 14471-02
Richard T. Truitt, Atty No. 893-35
Nicholas Irving Arthur Wheeler, Atty No. 32798-02
TRUITT LAW OFFICES
2855 Northpark Avenue, Suite 107
Huntington, Indiana 46750
Telephone: (260) 356-5066
Fax: (260) 356-7313
Email: p.truitt@truittlawoffices.com
       d.brophy@truittlawoffices.com
       r.truitt@truittlawoffices.com
       n.wheeler@truittlawoffices.com